Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Robert A. Raineri
Jennifer L Raineri**
  Debtor(s)

Bankruptcy Case No.: 18−23674−GLT
Issued Per Apr. 29, 2021 Proceeding
Chapter: 13
Docket No.: 127 − 114, 116
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.)* *PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated March 15, 2021 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☑ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Nationstar Mortgage, LLC (Claim No. 21) following mortgage payment changes of record .

☑ H. Additional Terms: Fee application needed if any fee (including retainer) exceeds $4,000 including any fees paid to prior counsel.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*    **IT IS FURTHER ORDERED THAT:**

**A.**    After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**    Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**    Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.**    Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**    The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.**    In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: April 30, 2021

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-23674-GLT |
| Robert A. Raineri | Chapter 13 |
| Jennifer L Raineri | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 1 of 6 |
| Date Rcvd: Apr 30, 2021 | Form ID: 149 | Total Noticed: 72 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert A. Raineri, Jennifer L Raineri, 611 Harvester Drive, Oakdale, PA 15071-9393 |
| cr | + | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Oliphant Usa, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Township of North Fayette/West Allegheny School Di, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 14916493 | + | Allegent Community Fcu, 1001 Libert Ave., Suite 100, Pittsburgh, PA 15222-3715 |
| 14947289 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14916496 | + | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14916497 | + | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 14933847 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14967907 | + | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14917764 | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, Ford Motor Credit Company LLC, PO Box 62180, Colorado Springs, CO 80962-4400 |
| 14916510 | | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 14916511 | + | Ford Motor Credit, PO Box 542000, Omaha, NE 68154-8000 |
| 14916516 | + | Jordan Tax Service, 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 14931294 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |
| 14916521 | + | Nationstar/Mr. Cooper, 350 Highland Drive, Lewisville, TX 75067-4488 |
| 14916522 | | North Fayette, c/o Jordan Tax, Canonsburg, Canonsburg, PA 15317 |
| 14916526 | + | PA Departmenet of Revenue, Bankruptcy Division, PO Box 788, Harrisburg, PA 17108-0788 |
| 14935398 | + | Robert Raineri, 11 Fort Cherry Road, Mc Donald, PA 15057-2911 |
| 14953839 | | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 14916544 | + | US Department of Education, PO Box 7860, Madison, WI 53707-7860 |
| 14967906 | + | West Allegheny School District/Twp of N. Fayette, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14924300 | | Email/Text: ally@ebn.phinsolutions.com | May 01 2021 03:42:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14916494 | + | Email/Text: ally@ebn.phinsolutions.com | May 01 2021 03:42:00 | Ally Financial, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 14916495 | + | Email/Text: bk@avant.com | May 01 2021 03:44:00 | Avant, 222 N. Lasalle, Suite 170, Chicago, IL 60601-1003 |
| 14916498 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 01 2021 03:20:46 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 14916503 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 01 2021 03:43:00 | Comenity Bank/Express, PO Box 182789, Columbus, OH 43218-2789 |

Case 18-23674-GLT   Doc 129   Filed 05/02/21   Entered 05/03/21 00:36:57   Desc
                    Imaged Certificate of Notice   Page 5 of 9

| District/off: 0315-2 | User: jhel | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Apr 30, 2021 | Form ID: 149 | Total Noticed: 72 |

| Recip ID | | Notice Type / Email | Date/Time | Recipient |
|---|---|---|---|---|
| 14916504 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 01 2021 03:43:00 | Comenity Bank/Victoria, PO Box 182789, Columbus, OH 43218-2789 |
| 14916505 | + | Email/PDF: creditonebknotifications@resurgent.com | May 01 2021 03:17:01 | Credit One Bank NA, PO Box 98875, Las Vegas, NV 89193-8875 |
| 14916508 | | Email/Text: mrdiscen@discover.com | May 01 2021 03:42:00 | Discover Financial Services, PO Box 15316, Wilmington, DE 19850 |
| 14916509 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 01 2021 03:20:53 | DSNB Macys, PO Box 8218, Mason, OH 45040 |
| 14955052 | | Email/Text: bnc-quantum@quantum3group.com | May 01 2021 03:43:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14916514 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 01 2021 03:43:00 | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14949871 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 01 2021 03:44:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14916502 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 01 2021 03:18:51 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 14916517 | + | Email/Text: PBNCNotifications@peritusservices.com | May 01 2021 03:42:00 | Kohls/Capone, N56 W. 17000 Ridgewood Drive, Menomonee Falls, WI 53051-7096 |
| 14935389 | | Email/PDF: resurgentbknotifications@resurgent.com | May 01 2021 03:17:08 | LVNV Funding, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14925242 | | Email/PDF: resurgentbknotifications@resurgent.com | May 01 2021 03:19:01 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14925088 | | Email/PDF: resurgentbknotifications@resurgent.com | May 01 2021 03:19:01 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14916518 | + | Email/Text: bk@lendingclub.com | May 01 2021 03:44:00 | Lending Club Corp, 71 Stevenson St., Suite 300, San Francisco, CA 94105-2985 |
| 14925087 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 01 2021 03:16:54 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14916520 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 01 2021 03:18:46 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14945335 | + | Email/Text: bankruptcydpt@mcmcg.com | May 01 2021 03:44:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14916523 | + | Email/PDF: cbp@onemainfinancial.com | May 01 2021 03:20:38 | One Main, PO Box 1010, Evansville, IN 47706-1010 |
| 14943233 | + | Email/PDF: cbp@onemainfinancial.com | May 01 2021 03:20:39 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 14916527 | | Email/Text: Bankruptcy.Notices@pnc.com | May 01 2021 03:42:00 | PNC Bank, N.A., PO Box 3180, Pittsburgh, PA 15230 |
| 14954812 | | Email/Text: Bankruptcy.Notices@pnc.com | May 01 2021 03:42:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 14927794 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 01 2021 03:18:58 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14917083 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 01 2021 03:17:05 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14937281 | + | Email/Text: JCAP_BNC_Notices@jcap.com | May 01 2021 03:44:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14926970 | | Email/Text: bnc-quantum@quantum3group.com | May 01 2021 03:43:00 | Quantum3 Group LLC as agent for, Sadino |

Case 18-23674-GLT   Doc 129   Filed 05/02/21   Entered 05/03/21 00:36:57   Desc
Imaged Certificate of Notice   Page 6 of 9

| District/off: 0315-2 | User: jhel | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Apr 30, 2021 | Form ID: 149 | Total Noticed: 72 |

| | | | | |
|---|---|---|---|---|
| | | | | Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14920297 | | Email/Text: bnc-quantum@quantum3group.com | May 01 2021 03:43:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14920318 | | Email/Text: bnc-quantum@quantum3group.com | May 01 2021 03:43:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14916528 | + | Email/PDF: gecsedi@recoverycorp.com | May 01 2021 03:16:57 | SYNCB Home, PO Box 965036, Orlando, FL 32896-5036 |
| 14916529 | | Email/PDF: gecsedi@recoverycorp.com | May 01 2021 03:20:43 | SYNCB/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 14916530 | + | Email/PDF: gecsedi@recoverycorp.com | May 01 2021 03:16:57 | SYNCB/American Eagle, PO Box 965005, Orlando, FL 32896-5005 |
| 14916532 | + | Email/PDF: gecsedi@recoverycorp.com | May 01 2021 03:16:57 | SYNCB/BP, PO Box 965024, Orlando, FL 32896-5024 |
| 14916533 | + | Email/PDF: gecsedi@recoverycorp.com | May 01 2021 03:20:43 | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 14916535 | + | Email/PDF: gecsedi@recoverycorp.com | May 01 2021 03:16:57 | SYNCB/Citgo, 4125 Windard Plaza, Alpharetta, GA 30005-8738 |
| 14916536 | + | Email/PDF: gecsedi@recoverycorp.com | May 01 2021 03:16:57 | SYNCB/JCP, PO Box 965007, Orlando, FL 32896-5007 |
| 14916537 | + | Email/PDF: gecsedi@recoverycorp.com | May 01 2021 03:16:57 | SYNCB/Levin Furniture, 950 Forrer Blvd., Dayton, OH 45420-1469 |
| 14916538 | + | Email/PDF: gecsedi@recoverycorp.com | May 01 2021 03:16:57 | SYNCB/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 14916539 | + | Email/PDF: gecsedi@recoverycorp.com | May 01 2021 03:16:57 | SYNCB/Paypal, PO Box 965005, Orlando, FL 32896-5005 |
| 14916541 | + | Email/PDF: gecsedi@recoverycorp.com | May 01 2021 03:20:43 | SYNCB/Score Rewards, PO Box 965005, Orlando, FL 32896-5005 |
| 14916542 | + | Email/PDF: gecsedi@recoverycorp.com | May 01 2021 03:18:50 | SYNCB/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 14943916 | + | Email/PDF: gecsedi@recoverycorp.com | May 01 2021 03:18:50 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14916543 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 01 2021 03:18:59 | THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14949923 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 01 2021 03:19:02 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14916545 | + | Email/Text: bnc-bluestem@quantum3group.com | May 01 2021 03:44:00 | Web Bank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14944233 | + | Email/Text: bankruptcy@firstenergycorp.com | May 01 2021 03:44:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15350215 | + | Email/Text: bankruptcynotice@westlakefinancial.com | May 01 2021 03:44:00 | Westlake Financial Services, 4751 Wilshire Blvd., Suite 100, Los Angeles, CA 90010-3847 |

TOTAL: 49

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ford Motor Credit Compnay LLC |
| cr | | Ford Motor Credit Company LLC |

| | | | |
|---|---|---|---|
| District/off: 0315-2 | | User: jhel | Page 4 of 6 |
| Date Rcvd: Apr 30, 2021 | | Form ID: 149 | Total Noticed: 72 |

| | | |
|---|---|---|
| cr | | HTD Leasing, LLC, d/b/a Ford Motor Credit Company, |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14935362 | *+ | Allegent Community Fcu, 1001 Libert Ave., Suite 100, Pittsburgh, PA 15222-3715 |
| 14935363 | *+ | Ally Financial, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 14935364 | *+ | Avant, 222 N. Lasalle, Suite 170, Chicago, IL 60601-1003 |
| 14935365 | *+ | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14935366 | *+ | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 14916499 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 14916500 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 14916501 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 14935367 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 14935368 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 14935369 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 14935370 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 14935372 | *+ | Comenity Bank/Express, PO Box 182789, Columbus, OH 43218-2789 |
| 14935373 | *+ | Comenity Bank/Victoria, PO Box 182789, Columbus, OH 43218-2789 |
| 14916507 | *+ | Credit One Bank NA, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 14935376 | *+ | Credit One Bank NA, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 14916506 | *+ | Credit One Bank NA, PO Box 98875, Las Vegas, NV 89193-8875 |
| 14935374 | *+ | Credit One Bank NA, PO Box 98875, Las Vegas, NV 89193-8875 |
| 14935375 | *+ | Credit One Bank NA, PO Box 98875, Las Vegas, NV 89193-8875 |
| 14935377 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial Services, PO Box 15316, Wilmington, DE 19850 |
| 14935378 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, DSNB Macys, PO Box 8218, Mason, OH 45040 |
| 14935379 | * | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 14916512 | *+ | Ford Motor Credit, PO Box 542000, Omaha, NE 68154-8000 |
| 14935380 | *+ | Ford Motor Credit, PO Box 542000, Omaha, NE 68154-8000 |
| 14935381 | *+ | Ford Motor Credit, PO Box 542000, Omaha, NE 68154-8000 |
| 14916515 | *+ | Internal Revenue Service, William S. Moorehead Federal Building, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 14935384 | *+ | Internal Revenue Service, William S. Moorehead Federal Building, 1000 Liberty Avenue, Room 727, Pittsburgh, PA 15222-4107 |
| 14935383 | * | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14916513 | *+ | Internal Revenue Service, Insolvency Unit, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14935382 | *+ | Internal Revenue Service, Insolvency Unit, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14935371 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 14935385 | *+ | Jordan Tax Service, 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 14935386 | *+ | Kohls/Capone, N56 W. 17000 Ridgewood Drive, Menomonee Falls, WI 53051-7096 |
| 14916519 | *+ | Lending Club Corp, 71 Stevenson St., Suite 300, San Francisco, CA 94105-2985 |
| 14935387 | *+ | Lending Club Corp, 71 Stevenson St., Suite 300, San Francisco, CA 94105-2985 |
| 14935388 | *+ | Lending Club Corp, 71 Stevenson St., Suite 300, San Francisco, CA 94105-2985 |
| 14935390 | *+ | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14935391 | *+ | Nationstar/Mr. Cooper, 350 Highland Drive, Lewisville, TX 75067-4488 |
| 14935392 | * | North Fayette, c/o Jordan Tax, Canonsburg, Canonsburg, PA 15317 |
| 14916524 | *+ | One Main, PO Box 1010, Evansville, IN 47706-1010 |
| 14916525 | *+ | One Main, PO Box 1010, Evansville, IN 47706-1010 |
| 14935393 | *+ | One Main, PO Box 1010, Evansville, IN 47706-1010 |
| 14935394 | *+ | One Main, PO Box 1010, Evansville, IN 47706-1010 |
| 14935395 | *+ | One Main, PO Box 1010, Evansville, IN 47706-1010 |
| 14935396 | *+ | PA Departmenet of Revenue, Bankruptcy Division, PO Box 788, Harrisburg, PA 17108-0788 |
| 14935397 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., PO Box 3180, Pittsburgh, PA 15230 |
| 14935399 | *+ | SYNCB Home, PO Box 965036, Orlando, FL 32896-5036 |
| 14935400 | * | SYNCB/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 14916531 | *+ | SYNCB/American Eagle, PO Box 965005, Orlando, FL 32896-5005 |
| 14935401 | *+ | SYNCB/American Eagle, PO Box 965005, Orlando, FL 32896-5005 |
| 14935402 | *+ | SYNCB/American Eagle, PO Box 965005, Orlando, FL 32896-5005 |

| | | |
|---|---|---|
| 14935403 | *+ | SYNCB/BP, PO Box 965024, Orlando, FL 32896-5024 |
| 14935404 | *+ | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 14916534 | * | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 14935405 | * | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 14935406 | *+ | SYNCB/Citgo, 4125 Windard Plaza, Alpharetta, GA 30005-8738 |
| 14935407 | *+ | SYNCB/JCP, PO Box 965007, Orlando, FL 32896-5007 |
| 14935408 | *+ | SYNCB/Levin Furniture, 950 Forrer Blvd., Dayton, OH 45420-1469 |
| 14935409 | *+ | SYNCB/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 14916540 | *+ | SYNCB/PayPal, PO Box 965005, Orlando, FL 32896-5005 |
| 14935411 | *+ | SYNCB/PayPal, PO Box 965005, Orlando, FL 32896-5005 |
| 14935410 | *+ | SYNCB/Paypal, PO Box 965005, Orlando, FL 32896-5005 |
| 14935412 | *+ | SYNCB/Score Rewards, PO Box 965005, Orlando, FL 32896-5005 |
| 14935413 | *+ | SYNCB/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 14935414 | *+ | THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14935415 | *+ | US Department of Education, PO Box 7860, Madison, WI 53707-7860 |
| 14916546 | *+ | Web Bank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14935416 | *+ | Web Bank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14935417 | *+ | Web Bank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 4 Undeliverable, 70 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2021                    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2021 at the address(es) listed below:

**Name**               **Email Address**

Andrew M. Lubin
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper alubin@milsteadlaw.com  bkecf@milsteadlaw.com

Garry Alan Masterson
    on behalf of Creditor HTD Leasing  LLC, d/b/a Ford Motor Credit Company, LLC pitecf@weltman.com

Garry Alan Masterson
    on behalf of Creditor Ford Motor Credit Company LLC pitecf@weltman.com

Garry Alan Masterson
    on behalf of Creditor Ford Motor Credit Compnay LLC pitecf@weltman.com

Jeffrey R. Hunt
    on behalf of Creditor Township of North Fayette/West Allegheny School District jhunt@grblaw.com  cnoroski@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com  cnoroski@grblaw.com

Julie Frazee Steidl
    on behalf of Joint Debtor Jennifer L Raineri julie.steidl@steidl-steinberg.com
    leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Julie Frazee Steidl
    on behalf of Debtor Robert A. Raineri julie.steidl@steidl-steinberg.com
    leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

District/off: 0315-2     User: jhel     Page 6 of 6
Date Rcvd: Apr 30, 2021     Form ID: 149     Total Noticed: 72

Maria Miksich
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mmiksich@kmllawgroup.com

Matthew Christian Waldt
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mwaldt@milsteadlaw.com bkecf@milsteadlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 13