IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No. 18-23674 GLT |
| ) | Chapter: 13 |
| Robert A. Raineri ) | |
| Jennifer L. Raineri, ) | |
|    *Debtors* ) | Related to Docket No. 140 |
| ) | |
| Robert A. Raineri, ) | |
|    *Movant* ) | |
| ) | |
|    VS. ) | |
| ) | |
| Allegent Community FCU, Ally Bank, American Express ) | |
| National Bank, Avant, Bank of America, barclays Bank ) | |
| Delaware, Capital One, JPMorgan Chase Bank, Comenity Bank/ ) | |
| Express, Comenity Bank/Victoria's Secret, County of Allegheny, ) | |
| Credit One Bank, DSNB Macy's, Discover Financial Services, ) | |
| First Premier Bank, Ford Motor Credit, Internal Revenue ) | |
| Service, Jefferson Capital Systems, LLC, Jordan Tax Service, ) | |
| Kohl's/CapOne, LVNV Funding, Lending Club Corp., Merrick ) | |
| Bank, Midland Funding, Nationstar Mortgage LLC/Mr. Cooper, ) | |
| Oliphant USA, LLC, OneMain, PA Dept. of Revenue, PNC Bank ) | |
| Retail Lending, PRA Receivables Management, Peoples Natural ) | |
| Gas Company LLC, Premier Bankcard, Quantum3 Group LLC, ) | |
| Synchrony Bank, THD/CBNA, Township of North Fayette, West ) | |
| Allegheny School District, US Dept. of Education, Verizon, ) | |
| WebBank/Fingerhut, Westlake Financial Services, and ) | |
| Ronda J. Winnecour, Trustee ) | |
|    *Respondents* ) | |

**CERTIFICATE OF SERVICE**

     I, the undersigned, hereby certify that on August 23, 2022, a true and correct copy of the *Order of Court dated August 22, 2022* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

See attached mailing matrix.

**Service by ECF Mail:**
Ronda Winnecour, Trustee
Office of the US Trustee

Date of Service: <u>August 23, 2022</u>        /s/ Julie Frazee Steidl
                                                               Julie Frazee Steidl, Esquire
                                                               Attorney for the Debtors
                                                               STEIDL & STEINBERG
                                                               Suite 2830, Gulf Tower
                                                               707 Grant Street
                                                               Pittsburgh, PA 15219
                                                               (412) 391-8000
                                                               julie.steidl@steidl-steinberg.com
                                                               PA I.D. No. 35937

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 18-23674-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Tue Aug 23 08:34:58 EDT 2022 | Allegent Community Fcu<br>1001 Libert Ave.<br>Suite 100<br>Pittsburgh, PA 15222-3715 | Ally Bank<br>PO Box 130424<br>Roseville MN 55113-0004 |
| Ally Bank, c/o AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Ally Financial<br>200 Renaissance Center<br>Detroit, MI 48243-1300 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| Avant<br>222 N. Lasalle<br>Suite 170<br>Chicago, IL 60601-1003 | Bank of America<br>4909 Savarese Circle<br>Tampa, FL 33634-2413 | Barclays Bank Delaware<br>PO Box 8803<br>Wilmington, DE 19899-8803 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Comenity Bank/Express<br>PO Box 182789<br>Columbus, OH 43218-2789 | Comenity Bank/Victoria<br>PO Box 182789<br>Columbus, OH 43218-2789 | County of Allegheny<br>Goehring, Rutter, and Boehm<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 |
| County of Allegheny<br>Goehring, Rutter & Boehm<br>c/o Jeffrey R. Hunt, Esquire<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 | Credit One Bank NA<br>P.O. Box 98875<br>Las Vegas, NV 89193-8875 | (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 |
| Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA  98083-0657 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | First Premier Bank<br>3820 North Louise Avenue<br>Sioux Falls, SD 57107-0145 |
| Ford Motor Credit<br>PO Box 542000<br>Omaha, NE 68154-8000 | (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 | Lorraine Gazzara Doyle<br>Milstead & Associates, LLC<br>1 E. Stow Road<br>Marlton, NJ 08053-3118 |
| Jeffrey R. Hunt<br>GRB Law<br>525 William Penn Place<br>Suite 3110<br>Pittsburgh, PA 15219-1753 | Internal Revenue Service<br>Insolvency Unit<br>PO Box 628<br>Pittsburgh, PA 15230 | Internal Revenue Service<br>Insolvency Unit<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>William S. Moorehead Federal Building<br>1000 Liberty Avenue<br>Room 727<br>Pittsburgh, PA 15222-4107 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Jordan Tax Service<br>102 Rahway  Road<br>Canonsburg, PA 15317-3349 |

```
Kohls/Capone                              LVNV Funding                               LVNV Funding, LLC its successors and assigns
N56 W. 17000 Ridgewood Drive              c/o Resurgent Capital Services             assignee of Arrow Financial Services,
Menomonee Falls, WI 53051-7096            PO Box 10587                               LLC
                                          Greenville, SC 29603-0587                  Resurgent Capital Services
                                                                                     PO Box 10587
                                                                                     Greenville, SC 29603-0587


LVNV Funding, LLC its successors and assigns   Lending Club Corp                     MERRICK BANK
assignee of MHC Receivables, LLC and           71 Stevenson St.                      Resurgent Capital Services
FNBM, LLC                                      Suite 300                             PO Box 10368
Resurgent Capital Services                     San Francisco, CA 94105-2985          Greenville, SC 29603-0368
PO Box 10587
Greenville, SC 29603-0587


Garry Alan Masterson                      Merrick Bank Corp                          Midland Funding LLC
c/o Weltman, Weinberg & Reis              PO Box 9201                                PO Box 2011
965 Keynote Circle                        Old Bethpage, NY 11804-9001                Warren, MI 48090-2011
Brooklyn Hts., OH 44131-1829


Maria Miksich                             Nationstar Mortgage LLC d/b/a Mr. Cooper   Nationstar/Mr. Cooper
KML Law Group, P.C.                       ATTN: Bankruptcy Department                350 Highland Drive
701 Market Street                         PO Box 619096                              Lewisville, TX 75067-4488
Suite 5000                                Dallas, TX 75261-9096
Philadelphia, PA 19106-1541


Brian Nicholas                            North Fayette                              Office of the United States Trustee
KML Law Group, P.C.                       c/o Jordan Tax                             Liberty Center.
701 Market Street                         Canonsburg                                 1001 Liberty Avenue, Suite 970
Suite 5000                                Canonsburg, PA 15317                       Pittsburgh, PA 15222-3721
Philadelphia, PA 19106-1541


Oliphant Usa, LLC                         One Main                                   OneMain
Bass & Associates, P.C.                   PO Box 1010                                PO Box 3251
3936 E. Ft. Lowell Road, Suite #200       Evansville, IN 47706-1010                  Evansville, IN 47731-3251
Tucson, AZ 85712-1083


PA Departmenet of Revenue                 (p)PNC BANK RETAIL LENDING                 PRA Receivables Management, LLC
Bankruptcy Division                       P O BOX 94982                              PO Box 41021
PO Box 788                                CLEVELAND OH 44101-4982                    Norfolk, VA 23541-1021
Harrisburg, PA 17108-0788


Pennsylvania Department of Revenue        Pennsylvania Dept. of Revenue              Peoples Natural Gas Company LLC
Bankruptcy Division                       Department 280946                          c/o S. James Wallace, P.C.
P.O. Box 280946                           P.O. Box 280946                            845 N. Lincoln Ave.
Harrisburg, PA 17128-0946                 ATTN: BANKRUPTCY DIVISION                  Pittsburgh, PA 15233-1828
                                          Harrisburg, PA 17128-0946


(p)PORTFOLIO RECOVERY ASSOCIATES LLC      Premier Bankcard, Llc                      Quantum3 Group LLC as agent for
PO BOX 41067                              Jefferson Capital Systems LLC Assignee     MOMA Funding LLC
NORFOLK VA 23541-1067                     Po Box 7999                                PO Box 788
                                          Saint Cloud Mn 56302-7999                  Kirkland, WA  98083-0788


Quantum3 Group LLC as agent for           Quantum3 Group LLC as agent for            Jennifer L Raineri
MOMA Trust LLC                            Sadino Funding LLC                         611 Harvester Drive
PO Box 788                                PO Box 788                                 Oakdale, PA 15071-9393
Kirkland, WA  98083-0788                  Kirkland, WA  98083-0788
```

| | | |
|---|---|---|
| Robert A. Raineri<br>611 Harvester Drive<br>Oakdale, PA 15071-9393 | Robert Raineri<br>11 Fort Cherry Road<br>Mc Donald, PA 15057-2911 | SYNCB Home<br>PO Box 965036<br>Orlando, FL 32896-5036 |
| SYNCB/Amazon<br>PO Box 965015<br>Orlando, FL 32896-5015 | SYNCB/American Eagle<br>PO Box 965005<br>Orlando, FL 32896-5005 | SYNCB/BP<br>PO Box 965024<br>Orlando, FL 32896-5024 |
| SYNCB/Care Credit<br>PO Box 965036<br>Orlando, FL 32896-5036 | SYNCB/Citgo<br>4125 Windard Plaza<br>Alpharetta, GA 30005-8738 | SYNCB/JCP<br>PO Box 965007<br>Orlando, FL 32896-5007 |
| SYNCB/Levin Furniture<br>950 Forrer Blvd.<br>Dayton, OH 45420-1469 | SYNCB/Old Navy<br>PO Box 965005<br>Orlando, FL 32896-5005 | SYNCB/PayPal<br>PO Box 965005<br>Orlando, FL 32896-5005 |
| SYNCB/Score Rewards<br>PO Box 965005<br>Orlando, FL 32896-5005 | SYNCB/Walmart<br>PO Box 965024<br>Orlando, FL 32896-5024 | Sonja Scully<br>Howard Hanna<br>1001 Beaver Grade Road<br>Moon Township, PA 15108-2905 |
| Julie Frazee Steidl<br>707 Grant Street Suite 2830<br>Gulf Building.<br>Pittsburgh, PA 15219-1932 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | THD/CBNA<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 |
| Township of North Fayette/West Allegheny Sch<br>Goehring, Rutter, and Boehm<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 | U.S. BANK TRUST NATIONAL ASSOCIATION<br>RAS Legal Group<br>10700 Abbotts Bridge Rd<br>10700 Abbotts Bridge Rd<br>Duluth, GA 30097-8461 | U.S. Bank Trust National Association<br>Selene Finance LP<br>Attn: BK Dept<br>3501 Olympus Blvd, Suite 500<br>Dallas, TX 75019-6295 |
| UNITED STATES DEPARTMENT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON WI 53708-8973 | US Department of Education<br>PO Box 7860<br>Madison, WI 53707-7860 | Verizon<br>by American InfoSource as agent<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 |
| Matthew Christian Waldt<br>Milstead & Associates, LLC<br>1 East Stow Road<br>Marlton, NJ 08053-3118 | S. James Wallace<br>GRB Law<br>525 William Penn Place<br>Suite 3110<br>Pittsburgh, PA 15219-1753 | Web Bank/Fingerhut<br>6250 Ridgewood Road<br>Saint Cloud, MN 56303-0820 |
| West Allegheny School District/Twp of N. Fay<br>Goehring, Rutter & Boehm<br>c/o Jeffrey R. Hunt, Esquire<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 | West Penn Power<br>5001 NASA Blvd<br>Fairmont WV 26554-8248 | Westlake Financial Services<br>4751 Wilshire Blvd., Suite 100<br>Los Angeles, CA 90010-3847 |

Ronda J. Winnecour                              Charles Griffin Wohlrab
Suite 3250, USX Tower                           Robertson, Anschutz, Schneid, Crane & Pa
600 Grant Street                                10700 Abbott's Bridge Road, Suite 170
Pittsburgh, PA 15219-2702                       Duluth, GA 30097-8461


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Capital One                                     Chase Card                                      DSNB Macys
15000 Capital One Drive                         PO Box 15298                                    PO Box 8218
Richmond, VA 23238                              Wilmington, DE 19850                            Mason, OH 45040



Discover Financial Services                     Ford Motor Credit Company LLC                   Jefferson Capital Systems LLC
PO Box 15316                                    PO Box 62180                                    Po Box 7999
Wilmington, DE 19850                            Colorado Springs, CO 80962-4400                 Saint Cloud Mn 56302-9617



PNC Bank, N.A.                                  (d)PNC Bank, National Association               Portfolio Recovery Associates, LLC
PO Box 3180                                     PO Box 94982                                    POB 12914
Pittsburgh, PA 15230                            Cleveland, OH  44101                            Norfolk VA 23541



The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Credit One Bank NA                           (u)Ford Motor Credit  Compnay LLC               (u)Ford Motor Credit Company LLC
PO Box 98875
Las Vegas, NV 89193-8875



(u)HTD Leasing, LLC, d/b/a Ford Motor Credit    (u)Nationstar Mortgage LLC d/b/a Mr. Cooper     (d)PRA Receivables Management, LLC
                                                                                                PO Box 41021
                                                                                                Norfolk, VA 23541-1021



(d)SYNCB/Care Credit                            (d)SYNCB/Paypal                                 End of Label Matrix
PO Box 965036                                   PO Box 965005                                   Mailable recipients    91
Orlando, FL 32896-5036                          Orlando, FL 32896-5005                          Bypassed recipients     8
                                                                                                Total                  99