FILED
8/22/22 3:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  ) | Case No. 18-23674 GLT |
|   ) | Chapter: 13 |
| Robert A. Raineri  ) | |
| Jennifer L. Raineri,  ) | |
|     *Debtors*  ) | Related to Dkt. No. 137 |
|   ) | Hearing: September 14, |
| Robert A. Raineri,  ) | 2022 at 1:30 p.m. |
|     *Movant*  ) | |
|   ) | |
| VS.  ) | |
|   ) | |
| Allegent Community FCU, Ally Bank, American Express  ) | |
| National Bank, Avant, Bank of America, barclays Bank  ) | |
| Delaware, Capital One, JPMorgan Chase Bank, Comenity Bank/  ) | |
| Express, Comenity Bank/Victoria's Secret, County of Allegheny,  ) | |
| Credit One Bank, DSNB Macy's, Discover Financial Services,  ) | |
| First Premier Bank, Ford Motor Credit, Internal Revenue  ) | |
| Service, Jefferson Capital Systems, LLC, Jordan Tax Service,  ) | |
| Kohl's/CapOne, LVNV Funding, Lending Club Corp., Merrick  ) | |
| Bank, Midland Funding, Nationstar Mortgage LLC/Mr. Cooper,  ) | |
| Oliphant USA, LLC, OneMain, PA Dept. of Revenue, PNC Bank)  | |
| Retail Lending, PRA Receivables Management, Peoples Natural  ) | |
| Gas Company LLC, Premier Bankcard, Quantum3 Group LLC,  ) | |
| Synchrony Bank, THD/CBNA, Township of North Fayette, West) | |
| Allegheny School District, US Dept. of Education, Verizon,  ) | |
| WebBank/Fingerhut, Westlake Financial Services, and  ) | |
| Ronda J. Winnecour, Trustee  ) | |
|     *Respondents*  ) | |

## MODIFIED DEFAULT ORDER

AND NOW, to wit, this  22nd  day of  August 2022,  upon consideration of the

***Application to Employ Realtor to Sell Debtor's Real Property***, it is **ORDERED**,

**ADJUDGED** and **DECREED** as follows:

1. The above referenced Application is hereby approved as of the date the Application was filed.

2. Sonja Scully, and Howard Hanna, 1001 Beaver Grade Road, Moon Township, PA 15108, is hereby appointed as ***Realtor*** in this bankruptcy proceeding pursuant to the terms described in the Listing Agreement attached to the Application for the purpose

of acting as the Movant's agent in connection with the sale of real estate located at 11 Fort Cherry Road, McDonald, PA 15057. A realtor commission in the amount of 6% of the sales price plus $395.00 with a minimum of $4,395.00 is tentatively approved, subject to final Court order. *

3. Professional personals or entities performing services in the above case are advised that approval of fees for professional services will be based on other factors as well including results accomplished, the time and labor reasonably required by the professional to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases.

4. Approval of any application for appointment of a professional in which certain fees are requested is not an agreement by the Court to allow such fees in the requested amount. Final compensation, as awarded by the Court after notice and hearing, may be more or less than the requested amount based on application of the above criteria.

5. Applicant shall serve the within Order on all interested parties and file a certificate of service.

6. * To the extent the broker seeks a deviation from the 6% commission typically authorized by this Court, she shall be prepared to show cause at the sale hearing as to why market conditions warrant a higher rate.

Prepared by:   Julie Steidl, Esq.

DEFAULT ENTRY

Dated: August 22, 2022

Gregory L. Taddonio    jah
United States Bankruptcy Judge

**CaseAdministratortserve:**
Ronda J. Winnecour, Trustee
Robert & Jennifer Raineri, Debtors
Julie Frazee Steidl, Counsel for the
Debtors Sonja Scully and Howard Hanna
Office of the U.S. Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-23674-GLT |
| Robert A. Raineri | Chapter 13 |
| Jennifer L Raineri | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 22, 2022 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert A. Raineri, Jennifer L Raineri, 611 Harvester Drive, Oakdale, PA 15071-9393 |
| r | + | Sonja Scully, Howard Hanna, 1001 Beaver Grade Road, Moon Township, PA 15108-2905 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2022            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION cwohlrab@raslg.com |
| Garry Alan Masterson | on behalf of Creditor Ford Motor Credit Company LLC pitecf@weltman.com |
| Garry Alan Masterson | on behalf of Creditor Ford Motor Credit Compnay LLC pitecf@weltman.com |
| Garry Alan Masterson | on behalf of Creditor HTD Leasing  LLC, d/b/a Ford Motor Credit Company, LLC pitecf@weltman.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Aug 22, 2022 | Form ID: pdf900 | Total Noticed: 2 |

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Township of North Fayette/West Allegheny School District jhunt@grblaw.com

Julie Frazee Steidl
    on behalf of Joint Debtor Jennifer L Raineri julie.steidl@steidl-steinberg.com
    leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com

Julie Frazee Steidl
    on behalf of Debtor Robert A. Raineri julie.steidl@steidl-steinberg.com
    leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com

Lorraine Gazzara Doyle
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper lorraine@mvrlaw.com
    diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

Maria Miksich
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mmiksich@kmllawgroup.com

Matthew Christian Waldt
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mwaldt@milsteadlaw.com bkecf@milsteadlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 15