IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 18-23674 GLT |
| | ) | Chapter: 13 |
| Robert A. Raineri | ) | |
| Jennifer L. Raineri, | ) | |
|     *Debtors* | ) | Related to Docket No. 144 & 145 |
| | ) | |
| Robert A. Raineri, | ) | |
|     *Movant* | ) | |
| | ) | |
|     VS. | ) | |
| | ) | |
| Allegent Community FCU, Ally Bank, American Express | ) | |
| National Bank, Avant, Bank of America, barclays Bank | ) | |
| Delaware, Capital One, JPMorgan Chase Bank, Comenity Bank/ | ) | |
| Express, Comenity Bank/Victoria's Secret, County of Washington, | ) | |
| Credit One Bank, DSNB Macy's, Discover Financial Services, | ) | |
| First Premier Bank, Ford Motor Credit, Internal Revenue | ) | |
| Service, Jefferson Capital Systems, LLC, Jordan Tax Service, | ) | |
| Kohl's/CapOne, LVNV Funding, Lending Club Corp., Merrick | ) | |
| Bank, Midland Funding, Nationstar Mortgage LLC/Mr. Cooper, | ) | |
| Oliphant USA, LLC, OneMain, PA Dept. of Revenue, PNC Bank | ) | |
| Retail Lending, PRA Receivables Management, Peoples Natural | ) | |
| Gas Company LLC, Premier Bankcard, Quantum3 Group LLC, | ) | |
| Synchrony Bank, THD/CBNA, Township of North Fayette, West | ) | |
| Washington School District, US Dept. of Education, Verizon, | ) | |
| WebBank/Fingerhut, Westlake Financial Services, and | ) | Hearing Date & Time: |
| Ronda J. Winnecour, Trustee | ) | October 27, 2022 at 10:30 a.m. |
|     *Respondents* | ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on October 4, 2022, I caused to be served a true and correct copy of the *Notice And Order Setting Hearing On An Expedited Basis together with the Motion to Sell Real Estate Free and Clear of Liens* by the following methods upon the following persons and parties:

**First Class US Mail:**
See attached mailing matrix.

| | |
|---|---|
| US Attorneys Office | Eric Draper, Realtor for Buyer |
| US Post Office & Courthouse | Realty One Group Platinum |
| 700 Grant Street, Suite 4000 | 928 Broadhead Rd. |
| Pittsburgh, PA 15219 | Moon Twp., PA 15108 |

Jeff Hickman
323 Third Street
McDonald, PA 15057

**Service by Fax:**
Allegent FCU: 412-246-3907
Ally Bank: 615-367-2005
AIS Portfolio Services, LP: 903-886-8064
Bank of America: 980-386-6699

Barclay's Bank: 866-823-8178
Capital One: 888-259-3021
JP Morgan Chase Bank: 614-422-7575
Comenity Bank: 614-729-3417
Quantum3 Group: 425-242-7101
Discover: 801-902-4596
First Premier Bank: 605-357-3438
GRB Law: 412-281-2971
Weltman, Weinberg & Reis: 412-434-7959
Midland Funding: 877-291-8938
KML Law Group: 215-627-7734
Office of the US Trustee: 412-644-4785
Bass & Associates: 520-577-1546
OneMain Financial: 812-492-2058
PNC Bank: 844-205-9526
PA Dept. of Revenue: 717-772-1459
PRA Receivables Management: 757-518-0860
Selene Finance: 866-926-5496
West Penn Power: 330-245-5377
Ronda Winnecour, Trustee: 412-471-5470
IRS: 855-835-1472

**Service by Email:**
Becket & Lee: proofofclaim@becket-lee.com
Credit One Bank: caprivacy@creditone.com
Ford Motor Credit: fcffald@ford.com
Milstead & Associates: mwaldt@milsteadlaw.com
Jefferson Capital: bankruptcy@jcap.com
Jordan Tax Service: custsvc@jordantax.com
Resurgent Capital Services: askbk@resurgent.com
Lending Club: business@lendingclub.com
Nationstar/Mr. Cooper: info@xome.com
Robert Raineri: robertraineri@verizon.net
Sonja Scully, Realtor: sonjascully@howardhanna.com
Charles Wohlrab, Esq.: cwohlrab@raslg.com
US Dept. of Education: greatlakesbankdocs@glhec.org
Verizon: poc_ais@americaninfosource.com
Westlake: bankruptcy_specialists@westlakefinancial.com

Date of Service: October 4, 2022

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I.D. No. 34965

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 18-23674-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Tue Oct  4 10:37:05 EDT 2022 | Allegent Community Fcu<br>1001 Libert Ave.<br>Suite 100<br>Pittsburgh, PA 15222-3715 | Ally Bank<br>PO Box 130424<br>Roseville MN 55113-0004 |
| Ally Bank, c/o AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Ally Financial<br>200 Renaissance Center<br>Detroit, MI 48243-1300 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| Avant<br>222 N. Lasalle<br>Suite 170<br>Chicago, IL 60601-1003 | Bank of America<br>4909 Savarese Circle<br>Tampa, FL 33634-2413 | Barclays Bank Delaware<br>PO Box 8803<br>Wilmington, DE 19899-8803 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Comenity Bank/Express<br>PO Box 182789<br>Columbus, OH 43218-2789 | Comenity Bank/Victoria<br>PO Box 182789<br>Columbus, OH 43218-2789 | County of Allegheny<br>Goehring, Rutter, and Boehm<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 |
| County of Allegheny<br>Goehring, Rutter & Boehm<br>c/o Jeffrey R. Hunt, Esquire<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 | Credit One Bank NA<br>P.O. Box 98875<br>Las Vegas, NV 89193-8875 | (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 |
| Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA  98083-0657 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | First Premier Bank<br>3820 North Louise Avenue<br>Sioux Falls, SD 57107-0145 |
| Ford Motor Credit<br>PO Box 542000<br>Omaha, NE 68154-8000 | (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 | Lorraine Gazzara Doyle<br>Milstead & Associates, LLC<br>1 E. Stow Road<br>Marlton, NJ 08053-3118 |
| Jeffrey R. Hunt<br>GRB Law<br>525 William Penn Place<br>Suite 3110<br>Pittsburgh, PA 15219-1753 | Internal Revenue Service<br>Insolvency Unit<br>PO Box 628<br>Pittsburgh, PA 15230 | Internal Revenue Service<br>Insolvency Unit<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>William S. Moorehead Federal Building<br>1000 Liberty Avenue<br>Room 727<br>Pittsburgh, PA 15222-4107 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Jordan Tax Service<br>102 Rahway  Road<br>Canonsburg, PA 15317-3349 |

```
Kohls/Capone                              LVNV Funding                              LVNV Funding, LLC its successors and assigns
N56 W. 17000 Ridgewood Drive              c/o Resurgent Capital Services            assignee of Arrow Financial Services,
Menomonee Falls, WI 53051-7096            PO Box 10587                              LLC
                                          Greenville, SC 29603-0587                 Resurgent Capital Services
                                                                                    PO Box 10587
                                                                                    Greenville, SC 29603-0587


LVNV Funding, LLC its successors and assigns   Lending Club Corp                    MERRICK BANK
assignee of MHC Receivables, LLC and           71 Stevenson St.                     Resurgent Capital Services
FNBM, LLC                                      Suite 300                            PO Box 10368
Resurgent Capital Services                     San Francisco, CA 94105-2985         Greenville, SC 29603-0368
PO Box 10587
Greenville, SC 29603-0587


Garry Alan Masterson                      Merrick Bank Corp                         Midland Funding LLC
c/o Weltman, Weinberg & Reis              PO Box 9201                               PO Box 2011
965 Keynote Circle                        Old Bethpage, NY 11804-9001               Warren, MI 48090-2011
Brooklyn Hts., OH 44131-1829


Maria Miksich                             Nationstar Mortgage LLC d/b/a Mr. Cooper  Nationstar/Mr. Cooper
KML Law Group, P.C.                       ATTN: Bankruptcy Department               350 Highland Drive
701 Market Street                         PO Box 619096                             Lewisville, TX 75067-4488
Suite 5000                                Dallas, TX 75261-9096
Philadelphia, PA 19106-1541


Brian Nicholas                            North Fayette                             Office of the United States Trustee
KML Law Group, P.C.                       c/o Jordan Tax                            Liberty Center.
701 Market Street                         Canonsburg                                1001 Liberty Avenue, Suite 970
Suite 5000                                Canonsburg, PA 15317                      Pittsburgh, PA 15222-3721
Philadelphia, PA 19106-1541


Oliphant Usa, LLC                         One Main                                  OneMain
Bass & Associates, P.C.                   PO Box 1010                               PO Box 3251
3936 E. Ft. Lowell Road, Suite #200       Evansville, IN 47706-1010                 Evansville, IN 47731-3251
Tucson, AZ 85712-1083


PA Departmenet of Revenue                 (p)PNC BANK RETAIL LENDING                PRA Receivables Management, LLC
Bankruptcy Division                       P O BOX 94982                             PO Box 41021
PO Box 788                                CLEVELAND OH 44101-4982                   Norfolk, VA 23541-1021
Harrisburg, PA 17108-0788


Pennsylvania Department of Revenue        Pennsylvania Dept. of Revenue             Peoples Natural Gas Company LLC
Bankruptcy Division                       Department 280946                         c/o S. James Wallace, P.C.
P.O. Box 280946                           P.O. Box 280946                           845 N. Lincoln Ave.
Harrisburg, PA 17128-0946                 ATTN: BANKRUPTCY DIVISION                 Pittsburgh, PA 15233-1828
                                          Harrisburg, PA 17128-0946


(p)PORTFOLIO RECOVERY ASSOCIATES LLC      Premier Bankcard, Llc                     Quantum3 Group LLC as agent for
PO BOX 41067                              Jefferson Capital Systems LLC Assignee    MOMA Funding LLC
NORFOLK VA 23541-1067                     Po Box 7999                               PO Box 788
                                          Saint Cloud Mn 56302-7999                 Kirkland, WA  98083-0788


Quantum3 Group LLC as agent for           Quantum3 Group LLC as agent for           Jennifer L Raineri
MOMA Trust LLC                            Sadino Funding LLC                        611 Harvester Drive
PO Box 788                                PO Box 788                                Oakdale, PA 15071-9393
Kirkland, WA  98083-0788                  Kirkland, WA  98083-0788
```

| | | |
|---|---|---|
| Robert A. Raineri<br>611 Harvester Drive<br>Oakdale, PA 15071-9393 | Robert Raineri<br>11 Fort Cherry Road<br>Mc Donald, PA 15057-2911 | SYNCB Home<br>PO Box 965036<br>Orlando, FL 32896-5036 |
| SYNCB/Amazon<br>PO Box 965015<br>Orlando, FL 32896-5015 | SYNCB/American Eagle<br>PO Box 965005<br>Orlando, FL 32896-5005 | SYNCB/BP<br>PO Box 965024<br>Orlando, FL 32896-5024 |
| SYNCB/Care Credit<br>PO Box 965036<br>Orlando, FL 32896-5036 | SYNCB/Citgo<br>4125 Windard Plaza<br>Alpharetta, GA 30005-8738 | SYNCB/JCP<br>PO Box 965007<br>Orlando, FL 32896-5007 |
| SYNCB/Levin Furniture<br>950 Forrer Blvd.<br>Dayton, OH 45420-1469 | SYNCB/Old Navy<br>PO Box 965005<br>Orlando, FL 32896-5005 | SYNCB/PayPal<br>PO Box 965005<br>Orlando, FL 32896-5005 |
| SYNCB/Score Rewards<br>PO Box 965005<br>Orlando, FL 32896-5005 | SYNCB/Walmart<br>PO Box 965024<br>Orlando, FL 32896-5024 | Sonja Scully<br>Howard Hanna<br>1001 Beaver Grade Road<br>Moon Township, PA 15108-2905 |
| Julie Frazee Steidl<br>707 Grant Street Suite 2830<br>Gulf Building.<br>Pittsburgh, PA 15219-1932 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | THD/CBNA<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 |
| Township of North Fayette/West Allegheny Sch<br>Goehring, Rutter, and Boehm<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 | U.S. BANK TRUST NATIONAL ASSOCIATION<br>RAS Legal Group<br>10700 Abbotts Bridge Rd<br>10700 Abbotts Bridge Rd<br>Duluth, GA 30097-8461 | U.S. Bank Trust National Association<br>Selene Finance LP<br>Attn: BK Dept<br>3501 Olympus Blvd, Suite 500<br>Dallas, TX 75019-6295 |
| UNITED STATES DEPARTMENT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON WI 53708-8973 | US Department of Education<br>PO Box 7860<br>Madison, WI 53707-7860 | Verizon<br>by American InfoSource as agent<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 |
| Matthew Christian Waldt<br>Milstead & Associates, LLC<br>1 East Stow Road<br>Marlton, NJ 08053-3118 | S. James Wallace<br>GRB Law<br>525 William Penn Place<br>Suite 3110<br>Pittsburgh, PA 15219-1753 | Web Bank/Fingerhut<br>6250 Ridgewood Road<br>Saint Cloud, MN 56303-0820 |
| West Allegheny School District/Twp of N. Fay<br>Goehring, Rutter & Boehm<br>c/o Jeffrey R. Hunt, Esquire<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 | West Penn Power<br>5001 NASA Blvd<br>Fairmont WV 26554-8248 | Westlake Financial Services<br>4751 Wilshire Blvd., Suite 100<br>Los Angeles, CA 90010-3847 |

Ronda J. Winnecour  
Suite 3250, USX Tower  
600 Grant Street  
Pittsburgh, PA 15219-2702

Charles Griffin Wohlrab  
Robertson, Anschutz, Schneid, Crane & Pa  
10700 Abbott's Bridge Road, Suite 170  
Duluth, GA 30097-8461

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Capital One  
15000 Capital One Drive  
Richmond, VA 23238

Chase Card  
PO Box 15298  
Wilmington, DE 19850

DSNB Macys  
PO Box 8218  
Mason, OH 45040

Discover Financial Services  
PO Box 15316  
Wilmington, DE 19850

Ford Motor Credit Company LLC  
PO Box 62180  
Colorado Springs, CO 80962-4400

Jefferson Capital Systems LLC  
Po Box 7999  
Saint Cloud Mn 56302-9617

PNC Bank, N.A.  
PO Box 3180  
Pittsburgh, PA 15230

(d)PNC Bank, National Association  
PO Box 94982  
Cleveland, OH  44101

Portfolio Recovery Associates, LLC  
POB 12914  
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Credit One Bank NA  
PO Box 98875  
Las Vegas, NV 89193-8875

(u)Ford Motor Credit  Compnay LLC

(u)Ford Motor Credit Company LLC

(u)HTD Leasing, LLC, d/b/a Ford Motor Credit

(u)Nationstar Mortgage LLC d/b/a Mr. Cooper

(d)PRA Receivables Management, LLC  
PO Box 41021  
Norfolk, VA 23541-1021

(d)SYNCB/Care Credit  
PO Box 965036  
Orlando, FL 32896-5036

(d)SYNCB/Paypal  
PO Box 965005  
Orlando, FL 32896-5005

End of Label Matrix  
Mailable recipients    91  
Bypassed recipients     8  
Total                  99