# Observer-Reporter

122 S. Main Street
Washington, PA 15301
Phone: 724-222-2200   Fax 724-223-2639

## PUBLIC NOTICE ADVERTISING AFFIDAVIT

| | |
|---|---|
| Account Number: | W07585 |
| Proof Date: | 10-06-22 |
| Ad Number: | 11885 |

**STEIDL & STEINBERG**
**KENNY STEINBERG**
**SUITE 2830 - GULF TOWER, 707 GRANT STREET**
**PITTSBURGH, PA 15222**

| ACCOUNT # | DESCRIPTION | LINES | TIMES | PROOF | TOTAL CHARGES |
|---|---|---|---|---|---|
| W07585 | RAINERI IN THE UNITED STATES BANKRUPT( | 30 | 1 | 7.50 | 270.70 |

## PROOF OF PUBLICATION

In compliance with the Newspaper Advertising Act of July 9, 1976, P.L. 877, No. 160, as amended
COMMONWEALTH OF PENNSYLVANIA, COUNTY OF
WASHINGTON SS:
Before me, a Notary Public in and for said County and State, personally appeared

**Pamala Tuscano**   who being duly sworn according to law, deposes and says that she is
**Classified Manager**   of Central Pennsylvania Newspapers LLC dba Observer-Reporter, a Pennsylvania corporation, and its agent in this behalf, that the said company is the owner and publisher of the Observer-Reporter, successor to The Washington Observer, established September 18, 1871, and The Washington Reporter, established August 15, 1808, a daily newspaper of general circulation, printed and published and having its place of business in Washington, Washington County, Pennsylvania where it or its predecessors have been established and published continuously for more that six months prior to the publication of the notice hereto shown: that the printed notice or advertisement hereto shown is a copy of an official advertisement, official notice, legal notice or legal advertisement exactly as printed or published in the Observer-Reporter in its regular editions on the following date or dates:

**Observer-Reporter: 10-06-22**

that neither the affiant nor the Observer-Reporter is interested in the subject matter of said notice or advertising and that all allegations of this affidavit as to the time, place and character of publication are true.

_/s/ Pamala Tuscano_

Sworn to and subscribed before me this __6th__ day of October 2022

_/s/ Eleanor B Smith_

Commonwealth of Pennsylvania - Notary Seal
Eleanor B. Smith, Notary Public
Washington County
My commission expires June 18, 2024
Commission number 1207780

Member, Pennsylvania Association of Notaries

**Observer-Reporter**

122 S. Main Street
Washington, PA 15301
Phone: 724-222-2200    Fax 724-223-2639

Proof Date: **10-06-22**
Ad Number: **11885**

**PUBLIC NOTICE ADVERTISING AFFIDAVIT**

---

RAINERI

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**IN RE: Robert A. & Jennifer L. Raineri
BANKRUPTCY NUMBER: 18-23674 GLT**

**NOTICE OF SALE TO CREDITORS
AND OTHER PARTIES IN INTEREST**

Notice is hereby given that Julie Frazee Steidl, attorney for the debtor, has filed a motion to sell real property, free and clear of all liens, judgments and encumbrances.

The husband debtor, Robert A. Raineri, has received an offer of $148,800.00 for the debtor's real property, being known as 11 Fort Cherry Road, McDonald, PA 15057, in Washington County, free and clear of all liens and encumbrances.

A hearing will be held in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, on October 27, 2022, at 10:30 am, for the purpose of passing on said motion when and where all objections will be heard, when and where the public is invited; and when and where higher and better offers will be accepted.

Additional information is available at the office of the debtor's attorney, Julie Frazee Steidl, Esquire, Steidl and Steinberg, Suite 2830 – Gulf Tower, 707 Grant Street, Pittsburgh, PA 15219, (412) 391-8000.

10-6