# WASHINGTON COUNTY REPORTS
### Washington, Pennsylvania

PUBLISHED BY THE
WASHINGTON COUNTY BAR ASSOCIATION

## PROOF OF PUBLICATION

COMMONWEALTH OF PENNSYLVANIA  } SS.
COUNTY OF WASHINGTON                    }

Before me, the undersigned notary public, this day, personally appeared **FRANK ARCURI**, who being duly sworn according to law, deposes and states the following:

I am the Editor of the *Washington County Reports*, the duly designated legal newspaper for Washington County, Pennsylvania, which legal newspaper was established March 31, 1920, and published since January 1, 1958, by the Washington County Bar Association, 119 South College Street, Washington, Washington County, Pennsylvania 15301; and a copy of the printed notice of publication as attached hereto is exactly as printed or published in the issue or issues of said legal newspaper on the following date or dates:

### October 13, 2022

That affiant further states that he/she is the designated agent of the Washington County Bar Association, the owner of said legal newspaper, that he/she is not interested in the subject matter of the aforesaid notice or advertising, and that all the allegations of the aforesaid statement as to time, place, and character of publication are true.

*Signature of Affiant / Editor*

Sworn to and subscribed before me

on this __13th__ day of __October__, __2022__.
        *day*              *month*              *year*

*Signature of Notary Public*

MY COMMISSION EXPIRES

```
Commonwealth of Pennsylvania - Notary Seal
Jodie Lynn Korpus, Notary Public
Washington County
My commission expires February 14, 2023
Commission number 1343398
```
Member, Pennsylvania Association of Notaries

## COPY OF NOTICE

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Robert A. & Jennifer L. Raineri

BANKRUPTCY NUMBER:
18-23674 GLT

**NOTICE OF SALE TO CREDITORS AND OTHER PARTIES IN INTEREST**

Notice is hereby given that Julie Frazee Steidl, Attorney for the Debtor, has filed a Motion to Sell Real Property Free and Clear of all Liens, Judgments and Encumbrances.

The Husband Debtor, Robert A. Raineri, has received an offer of $148,800.00 for the Debtor's real property being known as 11 Fort Cherry Road, McDonald, PA 15057 in Washington County free and clear of all liens and encumbrances.

A hearing will be held in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 on October 27, 2022 at 10:30 am for the purpose of passing on said Motion when and where all objections will be heard, when and where the public is invited; and when and where higher and better offers will be accepted.

Additional information is available at the office of the Debtor's attorney, Julie Frazee Steidl, Esquire, Steidl and Steinberg, Suite 2830 – Gulf Tower, 707 Grant Street, Pittsburgh, PA 15219, (412)391-8000.

WCR Vol 103 Issue 13