Case 18-23674-GLT    Doc 154    Filed 10/28/22    Entered 10/28/22 14:31:30    Desc Main
Document    Page 1 of 1
FILED
10/28/22 12:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 18-23674-GLT |
| | : | Chapter: | 13 |
| Robert A. Raineri | : | | |
| Jennifer L Raineri | : | | |
| | : | Date: | 10/27/2022 |
| *Debtor(s).* | : | Time: | 10:30 |

## PROCEEDING MEMO

**MATTER:** # 144 Motion to Sell Property Free and Clear of Liens under Section 363(f). Re: 11 Fort Cherry Road, McDonald, PA 1505. filed by the Debtor
[Response due 10/21/22]
# 148 - Response filed by the ch.13 trustee
# 149 - Proof of Publication in the Observer-Reporter on 10/6/22
# 151 - Proof of Publication in the Washington County Reports on 10/13/22
# 152 - Response filed by U.S. Bank NA

**APPEARANCES:**
  Debtor:         Julie Frazee Steidl
  Howard Hanna:   Sonja Scully, Dana Kostishack
  Trustee:        Owen Katz
  U.S. Bank:      Stanley Kirshenbaum

**NOTES: [10:30]**

Steidl: Correction in proposed order - the payoff is closer to 87,000, not 55,000. No objection to supplemental language proposed by the trustee.

Scully: Closing is on October 31st for his current property. Mortgage financing still in process. Any other contingencies? No.

Kirshenbaum: Concern had to do with the mistake in the proposed order on identity of lender.

Katz: No further concerns other than what's in proposed order.

[*Property exposed for sale*]

**OUTCOME:**

1) For the reasons stated on the record, the *Motion to Sell Property Free and Clear of Liens under Section 363(f)* [Dkt. No. 144] is conditionally APPROVED, subject to Debtor's submission of an amended proposed order under certification of counsel which (1) incorporates the trustee's proposed language in Dkt. No. 148, (2) provides the most current number available for payoff of the current lender, (3) corrects the math error dealing with the broker's commission; and (4) includes a provision that, to the extent any further dispute arises, the parties shall submit to the bankruptcy court for resolution. [Text Order].

**DATED:** 10/27/2022