IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No. 18-23674 GLT |
| ) | Chapter: 13 |
| Robert A. Raineri ) | |
| Jennifer L. Raineri, ) | |
| *Debtors* ) | Related to Docket No. 157 |
| ) | |
| Robert A. Raineri, ) | |
| *Movant* ) | |
| ) | |
| VS. ) | |
| ) | |
| Allegent Community FCU, Ally Bank, American Express ) | |
| National Bank, Avant, Bank of America, barclays Bank ) | |
| Delaware, Capital One, JPMorgan Chase Bank, Comenity Bank/ ) | |
| Express, Comenity Bank/Victoria's Secret, County of Washington,) | |
| Credit One Bank, DSNB Macy's, Discover Financial Services, ) | |
| First Premier Bank, Ford Motor Credit, Internal Revenue ) | |
| Service, Jefferson Capital Systems, LLC, Jordan Tax Service, ) | |
| Kohl's/CapOne, LVNV Funding, Lending Club Corp., Merrick ) | |
| Bank, Midland Funding, Nationstar Mortgage LLC/Mr. Cooper, ) | |
| Oliphant USA, LLC, OneMain, PA Dept. of Revenue, PNC Bank) | |
| Retail Lending, PRA Receivables Management, Peoples Natural ) | |
| Gas Company LLC, Premier Bankcard, Quantum3 Group LLC, ) | |
| Synchrony Bank, THD/CBNA, Township of North Fayette, West ) | |
| Washington School District, US Dept. of Education, Verizon, ) | |
| WebBank/Fingerhut, Westlake Financial Services, and ) | |
| Ronda J. Winnecour, Trustee ) | |
| *Respondents* ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on November 2, 2022, I caused to be served a true and correct copy of the *Order Confirming Chapter 13 Sale Of Property Free And Divested Of Liens dated November 1, 2022,* U. S. First Class Mail, postage prepaid, upon the following persons and parties:

ALL PARTIES LISTED ON THE ATTACHED MAILING MATRIX

US Attorneys Office
US Post Office & Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219

Eric Draper, Realtor for Buyer
Realty One Group Platinum
928 Broadhead Rd.
Moon Twp., PA 15108

Jeff Hickman
323 Third Street
McDonald, PA 15057

<u>November 2, 2022</u>           <u>/s/ Julie Frazee Steidl</u>
DATE                         Julie Frazee Steidl, Esquire
                               Attorney for the Debtors
                               STEIDL & STEINBERG
                               Suite 2830 – Gulf Tower
                               707 Grant Street
                               Pittsburgh, PA  15219
                               (412) 391-8000
                               julie.steidl@steidl-steinberg.com
                               PA I. D. No.  35937

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 18-23674-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Wed Nov  2 09:10:37 EDT 2022 | Allegent Community Fcu<br>1001 Libert Ave.<br>Suite 100<br>Pittsburgh, PA 15222-3715 | Ally Bank<br>PO Box 130424<br>Roseville MN 55113-0004 |
| Ally Bank, c/o AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Ally Financial<br>200 Renaissance Center<br>Detroit, MI 48243-1300 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| Avant<br>222 N. Lasalle<br>Suite 170<br>Chicago, IL 60601-1003 | Bank of America<br>4909 Savarese Circle<br>Tampa, FL 33634-2413 | Barclays Bank Delaware<br>PO Box 8803<br>Wilmington, DE 19899-8803 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Comenity Bank/Express<br>PO Box 182789<br>Columbus, OH 43218-2789 | Comenity Bank/Victoria<br>PO Box 182789<br>Columbus, OH 43218-2789 | County of Allegheny<br>Goehring, Rutter, and Boehm<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 |
| County of Allegheny<br>Goehring, Rutter & Boehm<br>c/o Jeffrey R. Hunt, Esquire<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 | Credit One Bank NA<br>P.O. Box 98875<br>Las Vegas, NV 89193-8875 | (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 |
| Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA  98083-0657 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | First Premier Bank<br>3820 North Louise Avenue<br>Sioux Falls, SD 57107-0145 |
| Ford Motor Credit<br>PO Box 542000<br>Omaha, NE 68154-8000 | (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 | Lorraine Gazzara Doyle<br>Milstead & Associates, LLC<br>1 E. Stow Road<br>Marlton, NJ 08053-3118 |
| Jeffrey R. Hunt<br>GRB Law<br>525 William Penn Place<br>Suite 3110<br>Pittsburgh, PA 15219-1753 | Internal Revenue Service<br>Insolvency Unit<br>PO Box 628<br>Pittsburgh, PA 15230 | Internal Revenue Service<br>Insolvency Unit<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>William S. Moorehead Federal Building<br>1000 Liberty Avenue<br>Room 727<br>Pittsburgh, PA 15222-4107 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Jordan Tax Service<br>102 Rahway  Road<br>Canonsburg, PA 15317-3349 |

| | | |
|---|---|---|
| Kohls/Capone<br>N56 W. 17000 Ridgewood Drive<br>Menomonee Falls, WI 53051-7096 | LVNV Funding<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding, LLC its successors and assigns<br>assignee of Arrow Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| LVNV Funding, LLC its successors and assigns<br>assignee of MHC Receivables, LLC and<br>FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lending Club Corp<br>71 Stevenson St.<br>Suite 300<br>San Francisco, CA 94105-2985 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| Garry Alan Masterson<br>c/o Weltman, Weinberg & Reis<br>965 Keynote Circle<br>Brooklyn Hts., OH 44131-1829 | Merrick Bank Corp<br>PO Box 9201<br>Old Bethpage, NY 11804-9001 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 |
| Maria Miksich<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Nationstar Mortgage LLC d/b/a Mr. Cooper<br>ATTN: Bankruptcy Department<br>PO Box 619096<br>Dallas, TX 75261-9096 | Nationstar/Mr. Cooper<br>350 Highland Drive<br>Lewisville, TX 75067-4488 |
| Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | North Fayette<br>c/o Jordan Tax<br>Canonsburg<br>Canonsburg, PA 15317 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| Oliphant Usa, LLC<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712-1083 | One Main<br>PO Box 1010<br>Evansville, IN 47706-1010 | OneMain<br>PO Box 3251<br>Evansville, IN 47731-3251 |
| PA Departmenet of Revenue<br>Bankruptcy Division<br>PO Box 788<br>Harrisburg, PA 17108-0788 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Quantum3 Group LLC as agent for<br>MOMA Trust LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Jennifer L Raineri<br>611 Harvester Drive<br>Oakdale, PA 15071-9393 |

| | | |
|---|---|---|
| Robert A. Raineri<br>611 Harvester Drive<br>Oakdale, PA 15071-9393 | Robert Raineri<br>11 Fort Cherry Road<br>Mc Donald, PA 15057-2911 | SYNCB Home<br>PO Box 965036<br>Orlando, FL 32896-5036 |
| SYNCB/Amazon<br>PO Box 965015<br>Orlando, FL 32896-5015 | SYNCB/American Eagle<br>PO Box 965005<br>Orlando, FL 32896-5005 | SYNCB/BP<br>PO Box 965024<br>Orlando, FL 32896-5024 |
| SYNCB/Care Credit<br>PO Box 965036<br>Orlando, FL 32896-5036 | SYNCB/Citgo<br>4125 Windard Plaza<br>Alpharetta, GA 30005-8738 | SYNCB/JCP<br>PO Box 965007<br>Orlando, FL 32896-5007 |
| SYNCB/Levin Furniture<br>950 Forrer Blvd.<br>Dayton, OH 45420-1469 | SYNCB/Old Navy<br>PO Box 965005<br>Orlando, FL 32896-5005 | SYNCB/PayPal<br>PO Box 965005<br>Orlando, FL 32896-5005 |
| SYNCB/Score Rewards<br>PO Box 965005<br>Orlando, FL 32896-5005 | SYNCB/Walmart<br>PO Box 965024<br>Orlando, FL 32896-5024 | Sonja Scully<br>Howard Hanna<br>1001 Beaver Grade Road<br>Moon Township, PA 15108-2905 |
| Julie Frazee Steidl<br>707 Grant Street Suite 2830<br>Gulf Building.<br>Pittsburgh, PA 15219-1932 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | THD/CBNA<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 |
| Township of North Fayette/West Allegheny Sch<br>Goehring, Rutter, and Boehm<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 | U.S. BANK TRUST NATIONAL ASSOCIATION<br>RAS Legal Group<br>10700 Abbotts Bridge Rd<br>10700 Abbotts Bridge Rd<br>Duluth, GA 30097-8461 | U.S. Bank Trust National Association<br>Selene Finance LP<br>Attn: BK Dept<br>3501 Olympus Blvd, Suite 500<br>Dallas, TX 75019-6295 |
| U.S. Bank Trust National Association, not in<br>Robertson, Anschutz, Schneid, Crane & Pa<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004-2927 | UNITED STATES DEPARTMENT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON WI 53708-8973 | US Department of Education<br>PO Box 7860<br>Madison, WI 53707-7860 |
| Verizon<br>by American InfoSource as agent<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 | Matthew Christian Waldt<br>Milstead & Associates, LLC<br>1 East Stow Road<br>Marlton, NJ 08053-3118 | S. James Wallace<br>GRB Law<br>525 William Penn Place<br>Suite 3110<br>Pittsburgh, PA 15219-1753 |
| Web Bank/Fingerhut<br>6250 Ridgewood Road<br>Saint Cloud, MN 56303-0820 | West Allegheny School District/Twp of N. Fay<br>Goehring, Rutter & Boehm<br>c/o Jeffrey R. Hunt, Esquire<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 | West Penn Power<br>5001 NASA Blvd<br>Fairmont WV 26554-8248 |

| | | |
|---|---|---|
| Westlake Financial Services<br>4751 Wilshire Blvd., Suite 100<br>Los Angeles, CA 90010-3847 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | Charles Griffin Wohlrab<br>Robertson, Anschutz, Schneid, Crane & Pa<br>10700 Abbott's Bridge Road, Suite 170<br>Duluth, GA 30097-8461 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Capital One<br>15000 Capital One Drive<br>Richmond, VA 23238 | Chase Card<br>PO Box 15298<br>Wilmington, DE 19850 | DSNB Macys<br>PO Box 8218<br>Mason, OH 45040 |
| Discover Financial Services<br>PO Box 15316<br>Wilmington, DE 19850 | Ford Motor Credit Company LLC<br>PO Box 62180<br>Colorado Springs, CO 80962-4400 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 |
| PNC Bank, N.A.<br>PO Box 3180<br>Pittsburgh, PA 15230 | (d)PNC Bank, National Association<br>PO Box 94982<br>Cleveland, OH  44101 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Credit One Bank NA<br>PO Box 98875<br>Las Vegas, NV 89193-8875 | (u)Ford Motor Credit  Compnay LLC | (u)Ford Motor Credit Company LLC |
| (u)HTD Leasing, LLC, d/b/a Ford Motor Credit | (u)Nationstar Mortgage LLC d/b/a Mr. Cooper | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| (d)SYNCB/Care Credit<br>PO Box 965036<br>Orlando, FL 32896-5036 | (d)SYNCB/Paypal<br>PO Box 965005<br>Orlando, FL 32896-5005 | End of Label Matrix<br>Mailable recipients    92<br>Bypassed recipients     8<br>Total                  100 |