**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

01/20/2023

IN RE:

ROBERT A. RAINERI
JENNIFER L RAINERI
611 HARVESTER DRIVE
OAKDALE, PA 15071
XXX-XX-4325          Debtor(s)

XXX-XX-1798

Case No. 18-23674 GLT

Chapter 13

---

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

---

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known.

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

1/20/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WALMART/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 7054 |
| **MATTHEW C WALDT ESQ**<br>MILSTEAD & ASSOCIATES LLC<br>ONE EAST STOW RD<br>MARLTON, NJ  08053 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NATIONSTR~MR COOPER/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA  15212 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number: 4   INT %: 4.25%<br>Court Claim Number: 12<br>CLAIM: 13,011.27<br>COMMENT: $/CL-PL@4.25%MDF*FR ALLY BANK-DOC 162 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 9196 |
| **FORD MOTOR CREDIT COMPANY LLC(*)**<br>DEPT 55953<br>PO BOX 55000<br>DETROIT, MI  48255-0953 | Trustee Claim Number: 5   INT %: 1.90%<br>Court Claim Number: 39<br>CLAIM: 24,482.70<br>COMMENT: RS/OE~STAYED*$@1.9%/CL-PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 4532 |
| **US BANK TRUST NA - OWNER TRUSTEE ET AL**<br>C/O SELENE FINANCE LP<br>ATTN BK DEPT<br>3501 OLYMPUS BLVD STE 500<br>DALLAS, TX  75019 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 21<br>CLAIM: 48,142.67<br>COMMENT: SOLD*PMT/DCLAR*DKT4PMT-LMT*BGN 10/18*FR NATIONSTAR-DOC 134*CL=10029 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 4411 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 18<br>CLAIM: 18,594.89<br>COMMENT: $/CL-PL@0%/PL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 4325 |
| **WEST ALLEGHENY SD & N FAYETTE TWP (EIT)**<br>C/O JORDAN TAX SVC - DLNQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA  15317 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 48<br>CLAIM: 5,407.18<br>COMMENT: 4325;07-11*$@0%/CL-PL*NO YRS/SCH-PL*GU BAR TIMELY | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 4325 |
| **ALLEGENT COMMUNITY FCU**<br>1001 LIBERTY AVE STE 100<br>PITTSBURGH, PA  15222 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7201 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 40<br>CLAIM: 3,218.12<br>COMMENT: WEBBANK/AVANT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1129 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **BANK OF AMERICA NA**** <br> PO BOX 15102 <br> WILMINGTON, DE 19886-5102 | Trustee Claim Number: 11  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR~NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3482 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** <br> PO BOX 12914 <br> NORFOLK, VA 23541 | Trustee Claim Number: 12  INT %: 0.00% <br> Court Claim Number: 43 <br> CLAIM: 1,788.73 <br> COMMENT: BARCLAYS | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4004 |
| **MIDLAND FUNDING LLC** <br> C/O MIDLAND CREDIT MANAGEMENT INC - AGENT <br> PO BOX 2011 <br> WARREN, MI 48090 | Trustee Claim Number: 13  INT %: 0.00% <br> Court Claim Number: 36 <br> CLAIM: 916.42 <br> COMMENT: CAP ONE | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0317 |
| **MIDLAND FUNDING LLC** <br> C/O MIDLAND CREDIT MANAGEMENT INC - AGENT <br> PO BOX 2011 <br> WARREN, MI 48090 | Trustee Claim Number: 14  INT %: 0.00% <br> Court Claim Number: 34 <br> CLAIM: 855.19 <br> COMMENT: CAP ONE/RCS | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0155 |
| **MIDLAND FUNDING LLC** <br> C/O MIDLAND CREDIT MANAGEMENT INC - AGENT <br> PO BOX 2011 <br> WARREN, MI 48090 | Trustee Claim Number: 15  INT %: 0.00% <br> Court Claim Number: 37 <br> CLAIM: 723.34 <br> COMMENT: CAP ONE | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3649 |
| **MIDLAND FUNDING LLC** <br> C/O MIDLAND CREDIT MANAGEMENT INC - AGENT <br> PO BOX 2011 <br> WARREN, MI 48090 | Trustee Claim Number: 16  INT %: 0.00% <br> Court Claim Number: 35 <br> CLAIM: 678.23 <br> COMMENT: CAP ONE | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0719 |
| **CHASE(*)** <br> C/O JPMORGAN CHASE BANK NA <br> PO BOX 15368 <br> WILMINGTON, DE 19850 | Trustee Claim Number: 17  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9660 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING** <br> PO BOX 788 <br> KIRKLAND, WA 98083-0788 | Trustee Claim Number: 18  INT %: 0.00% <br> Court Claim Number: 11 <br> CLAIM: 1,063.60 <br> COMMENT: COMENITY/EXPRESS | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1605 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING** <br> PO BOX 788 <br> KIRKLAND, WA 98083-0788 | Trustee Claim Number: 19  INT %: 0.00% <br> Court Claim Number: 3 <br> CLAIM: 1,650.70 <br> COMMENT: COMENITY/VICTORIA'S SECRET | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8109 |
| **LVNV FUNDING LLC, ASSIGNEE** <br> C/O RESURGENT CAPITAL SVCS <br> POB 10587 <br> GREENVILLE, SC 29603-0587 | Trustee Claim Number: 20  INT %: 0.00% <br> Court Claim Number: 14 <br> CLAIM: 1,217.78 <br> COMMENT: CREDIT ONE/MHC/FNBM | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8190 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 22<br>CLAIM: 1,010.63<br>COMMENT: CREDIT ONE/MHC/FNBM | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1093 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 622.69<br>COMMENT: CREDIT ONE/MHC/FNBM | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7813 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH  43054-3025 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0751 |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA  98083-0657 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 47<br>CLAIM: 1,178.05<br>COMMENT: MACY'S | | CRED DESC: UNSECURED/LATE FILED<br>ACCOUNT NO.: 2717 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC*<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 24<br>CLAIM: 888.43<br>COMMENT: ACCT OPEN 12/5/17~NO PMT EVER | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1279 |
| **JORDAN TAX SERVICE INC****<br>102 RAHWAY RD<br>MC MURRAY, PA  15317 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CAPITAL ONE NA****<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA  19355-0701 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 23<br>CLAIM: 577.90<br>COMMENT: KOHL'S | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7814 |
| **LENDING CLUB CORP***<br>3440 FLAIR DR<br>LOCKBOX SERVICES #0134268<br>EL MONTE, CA  91731 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2352 |
| **LENDING CLUB CORP***<br>3440 FLAIR DR<br>LOCKBOX SERVICES #0134268<br>EL MONTE, CA  91731 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7863 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 588.60<br>COMMENT: OLD NAVY/GECC/ARROW FNCL*STALE | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4265 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS**<br>POB 10368<br>GREENVILLE, SC  29603-0368 | Trustee Claim Number:31  INT %:  0.00%<br>Court Claim Number:13<br>CLAIM:  1,236.45<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1515 |
| **ONE MAIN FINANCIAL(*)**<br>PO BOX 3251<br>EVANSVILLE, IN  47731-3251 | Trustee Claim Number:32  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9992 |
| **ONE MAIN FINANCIAL GROUP LLC - A/S/F WELL**<br>C/O ONE MAIN*<br>PO BOX 3251<br>EVANSVILLE, IN  47731-3251 | Trustee Claim Number:33  INT %:  0.00%<br>Court Claim Number:31<br>CLAIM:  6,421.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3975 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:34  INT %:  0.00%<br>Court Claim Number:45<br>CLAIM:  422.89<br>COMMENT:  ONEMAIN/SPRINGLEAF | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9641 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA  17128 | Trustee Claim Number:35  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$~NO YRS~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PNC BANK NA**<br>PO BOX 94982<br>CLEVELAND, OH  44101 | Trustee Claim Number:36  INT %:  0.00%<br>Court Claim Number:46<br>CLAIM:  5,392.60<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9971 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:37  INT %:  0.00%<br>Court Claim Number:9<br>CLAIM:  2,456.22<br>COMMENT:  HOME/SCH*SYNCHRONY/HH GREGG | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7500 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:38  INT %:  0.00%<br>Court Claim Number:26<br>CLAIM:  1,081.77<br>COMMENT:  SYNCHRONY/AMAZON | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8197 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:39  INT %:  0.00%<br>Court Claim Number:5<br>CLAIM:  1,072.23<br>COMMENT:  SYNCHRONY/AEO | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9854 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:40  INT %:  0.00%<br>Court Claim Number:29<br>CLAIM:  390.55<br>COMMENT:  SYNCHRONY/AEO | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0309 |

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| QUANTUM3 GROUP LLC AGNT - MOMA FUNDING<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:41  INT %: 0.00%<br>Court Claim Number:30<br>CLAIM: 663.92<br>COMMENT: SYNCHRONY/BP*ACCT OPEN 3/16/17 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2059 |
| QUANTUM3 GROUP LLC AGNT - MOMA FUNDING<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:42  INT %: 0.00%<br>Court Claim Number:10<br>CLAIM: 2,547.42<br>COMMENT: CARE CREDIT/SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9018 |
| QUANTUM3 GROUP LLC AGNT - MOMA FUNDING<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:43  INT %: 0.00%<br>Court Claim Number:25<br>CLAIM: 1,672.21<br>COMMENT: SYNCHRONY/CARE CREDIT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3565 |
| QUANTUM3 GROUP LLC AGNT - MOMA FUNDING<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:44  INT %: 0.00%<br>Court Claim Number:27<br>CLAIM: 760.61<br>COMMENT: SYNCHRONY/CITGO*ACCT OPEN 7/11/17 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8656 |
| QUANTUM3 GROUP LLC AGNT - MOMA FUNDING<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:45  INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 873.37<br>COMMENT: SYNCHRONY/JCP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6583 |
| QUANTUM3 GROUP LLC AGNT - MOMA FUNDING<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:46  INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 1,502.14<br>COMMENT: SYNCHRONY/LEVIN FURNITURE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5842 |
| QUANTUM3 GROUP LLC AGNT - MOMA FUNDING<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:47  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 632.11<br>COMMENT: SYNCHRONY/OLD NAVY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1575 |
| QUANTUM3 GROUP LLC AGNT - MOMA FUNDING<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:48  INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 1,036.18<br>COMMENT: SYNCHRONY/PAYPAL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6841 |
| QUANTUM3 GROUP LLC AGNT - MOMA FUNDING<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:49  INT %: 0.00%<br>Court Claim Number:28<br>CLAIM: 721.29<br>COMMENT: SYNCHRONY/PAYPAL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2755 |
| QUANTUM3 GROUP LLC AGNT - MOMA FUNDING<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:50  INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 2,686.08<br>COMMENT: SYNCHRONY/DSG | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9052 |

| | | |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br><br>NORFOLK, VA  23541 | Trustee Claim Number:51  INT %:  0.00%<br>Court Claim Number:32<br><br>CLAIM:  3,035.02<br>COMMENT:  WALMART/GEMB/GECRB | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7054 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:52  INT %:  0.00%<br>Court Claim Number:20<br><br>CLAIM:  1,095.28<br>COMMENT:  CITIBANK/THD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7778 |
| **UNITED STATES DEPARTMENT OF EDUCATION**<br>PO BOX 790321<br><br>ST LOUIS, MO  63197-0321 | Trustee Claim Number:53  INT %:  0.00%<br>Court Claim Number:44<br><br>CLAIM:  15,667.78<br>COMMENT:  0581/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1798 |
| **WEBBANK-FINGERHUT**<br>6250 RIDGEWOOD RD<br><br>ST CLOUD, MN  56303 | Trustee Claim Number:54  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1206 |
| **QUANTUM3 GROUP LLC AGNT - SADINO FUNDII**<br>PO BOX 788<br><br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:55  INT %:  0.00%<br>Court Claim Number:19<br><br>CLAIM:  624.38<br>COMMENT:  FINGERHUT/FRESHSTART*ACCT OPEN 7/21/17 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5747 |
| **FORD MOTOR CREDIT COMPANY LLC(*)**<br>DEPT 55953<br>PO BOX 55000<br>DETROIT, MI  48255-0953 | Trustee Claim Number:56  INT %:  0.00%<br>Court Claim Number:1<br><br>CLAIM:  11,524.75<br>COMMENT:  $/STIP RS OE*14720/PL*SURR/PL*NO$/SCH G*W/68*CL=13948.07*DK | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  0910 |
| **ROBERT RAINERI**<br>11 FORT CHERRY RD<br><br>MCDONALD, PA  15057 | Trustee Claim Number:57  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  /SCH H | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:58  INT %:  0.00%<br>Court Claim Number:18<br><br>CLAIM:  17,545.32<br>COMMENT:  NO GEN UNS/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4325 |
| **US BANK TRUST NA - OWNER TRUSTEE ET AL**<br>C/O SELENE FINANCE LP<br>ATTN BK DEPT<br>3501 OLYMPUS BLVD STE 500<br>DALLAS, TX  75019 | Trustee Claim Number:59  INT %:  0.00%<br>Court Claim Number:21<br><br>CLAIM:  0.00<br>COMMENT:  SOLD*CL21GOV*6478.27/CL-PL*THRU 9/18*FR NATIONSTAR-DOC 134 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  4411 |
| **WEST PENN POWER***<br>ATTN BANKRUPTCY<br>5001 NASA BLVD<br><br>FAIRMONT, WV  26554 | Trustee Claim Number:60  INT %:  0.00%<br>Court Claim Number:33<br><br>CLAIM:  438.36<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6339 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **LVNV FUNDING LLC, ASSIGNEE** C/O RESURGENT CAPITAL SVCS POB 10587 GREENVILLE, SC  29603-0587 | Trustee Claim Number:61  INT %:  0.00% Court Claim Number:16 | CLAIM: 616.89 COMMENT: NT/SCH*JCP/GECC/ARROW FNCL*STALE | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 1490 |
| **AMERICAN EXPRESS NATIONAL BANK** C/O BECKET AND LEE LLP PO BOX 3001 MALVERN, PA  19355-0701 | Trustee Claim Number:62  INT %:  0.00% Court Claim Number:38 | CLAIM: 0.00 COMMENT: NT/SCH*STALE CL @ 1039.92 W/DRAWN-DOC 165 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 1009 |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE** PO BOX 248838 OKLAHOMA CITY, OK  73124-8838 | Trustee Claim Number:63  INT %:  0.00% Court Claim Number:41 | CLAIM: 195.75 COMMENT: NT/SCH*LAST TRANSACTION 10/15/18 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 0001 |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE** PO BOX 248838 OKLAHOMA CITY, OK  73124-8838 | Trustee Claim Number:64  INT %:  0.00% Court Claim Number:42 | CLAIM: 182.39 COMMENT: NT/SCH*LAST TRANS 9/27/18 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 0001 |
| **COUNTY OF ALLEGHENY (RE TAX)*** C/O JORDAN TAX SVC-CUR/DLNQ CLCTR POB 200 BETHEL PARK, PA  15102 | Trustee Claim Number:65  INT %:  0.00% Court Claim Number:49-2 | CLAIM: 0.00 COMMENT: 590-M-9;18*NT/SCH*WNTS 12%*AMD CL-PL=$0*W/66 | CRED DESC: SECURED CREDITOR ACCOUNT NO.: 90M9 |
| **COUNTY OF ALLEGHENY (RE TAX)*** C/O JORDAN TAX SVC-CUR/DLNQ CLCTR POB 200 BETHEL PARK, PA  15102 | Trustee Claim Number:66  INT %:  0.00% Court Claim Number:49-2 | CLAIM: 0.00 COMMENT: 590-M-9;18*NON%*NT/SCH*AMD CL-PL=$0*W/65 | CRED DESC: SECURED CREDITOR ACCOUNT NO.: 90M9 |
| **BASS & ASSOCIATES PC*** 3936 E FT LOWELL STE 200 TUCSON, AZ  85712 | Trustee Claim Number:67  INT %:  0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: OLIPHANT/PRAE | CRED DESC: NOTICE ONLY ACCOUNT NO.: |
| **FORD MOTOR CREDIT COMPANY LLC(*)** DEPT 55953 PO BOX 55000 DETROIT, MI  48255-0953 | Trustee Claim Number:68  INT %:  0.00% Court Claim Number:1-2 | CLAIM: 6,038.29 COMMENT: PAY/STIP*DFNCY BAL*AMD*W/56*DK! | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 0910 |
| **KML LAW GROUP PC*** 701 MARKET ST STE 5000 PHILADELPHIA, PA  19106 | Trustee Claim Number:69  INT %:  0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: NATIONSTAR~MR COOPER/PRAE | CRED DESC: NOTICE ONLY ACCOUNT NO.: |
| **WESTLAKE SERVICES LLC(*) DBA WESTLAKE F** 4751 WILSHIRE BLVD STE 100 LOS ANGELES, CA  90010 | Trustee Claim Number:70  INT %:  0.00% Court Claim Number:50 | CLAIM: 0.00 COMMENT: PMT/CL-PL*402.40x(55 REM+2)=LMT*BGN 3/21 | CRED DESC: Post Petition Claim (1305) ACCOUNT NO.: 3145 |

CLAIM RECORDS

| | | |
|---|---|---|
| **MILSTEAD & ASSOCIATES LLC** <br> 1 EAST STOW RD <br><br> MARLTON, NJ  08053 | Trustee Claim Number:71  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  NATIONSTAR~MR COOPER/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC** <br> ATTN BANKRUPTCY NOTICING <br> 4515 N SANTA FE AVE DEPT APS <br><br> OKLAHOMA CITY, OK  73118 | Trustee Claim Number:72  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  ALLY BANK/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **ROBERTSON ANSCHUTZ SCHNEID CRANE & PA** <br> 130 CLINTON RD #202 <br><br> FAIRFIELD, NJ  07004 | Trustee Claim Number:73  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  US BANK/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **RONDA J WINNECOUR PA ID #30399\*\*** <br> ATTN DIRECT FEES CLERK <br> US STEEL TWR STE 3250 <br> 600 GRANT ST <br> PITTSBURGH, PA  15219 | Trustee Claim Number:74  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  333.80 <br> COMMENT:  SEE DK FOR DETAILS | CRED DESC:  FEES ON DIRECT PAYMENTS <br> ACCOUNT NO.:  $/OE |