**resurgent** capital services

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

18-23674

DEBTOR(S):

ROBERT A RAINERI

JENNIFER L RAINERI

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 15 IN THE AMOUNT OF $588.60

CREDITOR'S SIGNATURE:

/s/ Brandie McCann

CREDITOR CONTACT INFO:

LVNV Funding, LLC its successors and assigns as assignee of Arrow Financial Services, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

1/20/2023