**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| ROBERT A. RAINERI<br>JENNIFER L RAINERI<br>        Debtor(s) | Case No.:18-23674 GLT |
| Ronda J. Winnecour<br>        Movant<br>    vs.<br>No Respondents. | Document No.: |

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/17/2018 and confirmed on 01/11/2019. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 146,507.98 |
| Less Refunds to Debtor | 5.91 | |
| TOTAL AMOUNT OF PLAN FUND | | 146,502.07 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 4,000.00 | |
|     Trustee Fee | 6,774.45 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,774.45 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK TRUST NA - OWNER TRUSTEE I | 48,142.67 | 48,142.67 | 0.00 | 48,142.67 |
|     Acct: 4411 | | | | |
| US BANK TRUST NA - OWNER TRUSTEE I | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4411 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 90M9 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 90M9 | | | | |
| LVNV FUNDING LLC | 13,011.27 | 10,700.80 | 1,512.23 | 12,213.03 |
|     Acct: 9196 | | | | |
| FORD MOTOR CREDIT COMPANY LLC(*) | 24,482.70 | 23,256.80 | 1,131.23 | 24,388.03 |
|     Acct: 4532 | | | | |
| | | | | 84,743.73 |
| **Priority** | | | | |
| JULIE FRAZEE STEIDL ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| ROBERT A. RAINERI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| ROBERT A. RAINERI | 5.91 | 5.91 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 2,500.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 18,594.89 | 18,594.89 | 0.00 | 18,594.89 |
| Acct: 4325 | | | | |
| WEST ALLEGHENY SD & N FAYETTE TWP | 5,407.18 | 5,407.18 | 0.00 | 5,407.18 |
| Acct: 4325 | | | | |
| FORD MOTOR CREDIT COMPANY LLC(*) | 11,524.75 | 11,524.75 | 0.00 | 11,524.75 |
| Acct: 0910 | | | | |
| WESTLAKE SERVICES LLC(*) DBA WESTL | 0.00 | 7,947.98 | 0.00 | 7,947.98 |
| Acct: 3145 | | | | |
| RONDA J WINNECOUR PA ID #30399** | 333.80 | 333.80 | 0.00 | 333.80 |
| Acct: $/OE | | | | |
| | | | | 43,808.60 |
| **Unsecured** | | | | |
| ALLEGENT COMMUNITY FCU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7201 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 3,218.12 | 252.08 | 0.00 | 252.08 |
| Acct: 1129 | | | | |
| BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3482 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 1,788.73 | 140.11 | 0.00 | 140.11 |
| Acct: 4004 | | | | |
| MIDLAND FUNDING LLC | 916.42 | 71.78 | 0.00 | 71.78 |
| Acct: 0317 | | | | |
| MIDLAND FUNDING LLC | 855.19 | 66.99 | 0.00 | 66.99 |
| Acct: 0155 | | | | |
| MIDLAND FUNDING LLC | 723.34 | 56.66 | 0.00 | 56.66 |
| Acct: 3649 | | | | |
| MIDLAND FUNDING LLC | 678.23 | 53.13 | 0.00 | 53.13 |
| Acct: 0719 | | | | |
| CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9660 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA Fl | 1,063.60 | 83.31 | 0.00 | 83.31 |
| Acct: 1605 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA Fl | 1,650.70 | 129.30 | 0.00 | 129.30 |
| Acct: 8109 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 1,217.78 | 95.39 | 0.00 | 95.39 |
| Acct: 8190 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 1,010.63 | 79.16 | 0.00 | 79.16 |
| Acct: 1093 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 622.69 | 48.78 | 0.00 | 48.78 |
| Acct: 7813 | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0751 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 888.43 | 69.59 | 0.00 | 69.59 |
| Acct: 1279 | | | | |
| JORDAN TAX SERVICE INC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE NA** | 577.90 | 45.27 | 0.00 | 45.27 |
| Acct: 7814 | | | | |
| LENDING CLUB CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2352 | | | | |
| LENDING CLUB CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7863 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4265 | | | | |
| MERRICK BANK | 1,236.45 | 96.85 | 0.00 | 96.85 |
| Acct: 1515 | | | | |
| ONE MAIN FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9992 | | | | |
| ONE MAIN FINANCIAL GROUP LLC - A/S/F | 6,421.00 | 502.96 | 0.00 | 502.96 |
| Acct: 3975 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 422.89 | 33.12 | 0.00 | 33.12 |
| Acct: 9641 | | | | |
| PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PNC BANK NA | 5,392.60 | 422.40 | 0.00 | 422.40 |
| Acct: 9971 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 2,456.22 | 192.40 | 0.00 | 192.40 |
| Acct: 7500 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 1,081.77 | 84.74 | 0.00 | 84.74 |
| Acct: 8197 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 1,072.23 | 83.99 | 0.00 | 83.99 |
| Acct: 9854 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 390.55 | 30.59 | 0.00 | 30.59 |
| Acct: 0309 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 663.92 | 52.00 | 0.00 | 52.00 |
| Acct: 2059 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 2,547.42 | 199.54 | 0.00 | 199.54 |
| Acct: 9018 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 1,672.21 | 130.98 | 0.00 | 130.98 |
| Acct: 3565 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 760.61 | 59.58 | 0.00 | 59.58 |
| Acct: 8656 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 873.37 | 68.41 | 0.00 | 68.41 |
| Acct: 6583 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 1,502.14 | 117.66 | 0.00 | 117.66 |
| Acct: 5842 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 632.11 | 49.51 | 0.00 | 49.51 |
| Acct: 1575 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 1,036.18 | 81.16 | 0.00 | 81.16 |
| Acct: 6841 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 721.29 | 56.50 | 0.00 | 56.50 |
| Acct: 2755 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 2,686.08 | 210.40 | 0.00 | 210.40 |
| Acct: 9052 | | | | |
| SYNCHRONY BANK | 3,035.02 | 237.73 | 0.00 | 237.73 |
| Acct: 7054 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 1,095.28 | 85.79 | 0.00 | 85.79 |
| Acct: 7778 | | | | |
| UNITED STATES DEPARTMENT OF EDUCA | 15,667.78 | 1,227.26 | 0.00 | 1,227.26 |
| Acct: 1798 | | | | |
| WEBBANK-FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1206 | | | | |
| QUANTUM3 GROUP LLC AGNT - SADINO I | 624.38 | 48.91 | 0.00 | 48.91 |
| Acct: 5747 | | | | |
| INTERNAL REVENUE SERVICE* | 17,545.32 | 1,374.32 | 0.00 | 1,374.32 |
| Acct: 4325 | | | | |
| WEST PENN POWER* | 438.36 | 34.34 | 0.00 | 34.34 |
| Acct: 6339 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1490 | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |

| 18-23674 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 4 of 4 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| Acct: 1009 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 195.75 | 15.33 | 0.00 | 15.33 |
| Acct: 0001 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 182.39 | 14.29 | 0.00 | 14.29 |
| Acct: 0001 | | | | |
| FORD MOTOR CREDIT COMPANY LLC(*) | 6,038.29 | 472.98 | 0.00 | 472.98 |
| Acct: 0910 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 1,178.05 | 0.00 | 0.00 | 0.00 |
| Acct: 2717 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7054 | | | | |
| MATTHEW C WALDT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ROBERT RAINERI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BASS & ASSOCIATES PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MILSTEAD & ASSOCIATES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ROBERTSON ANSCHUTZ SCHNEID CRAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 7,175.29 |

TOTAL PAID TO CREDITORS                                                                                    135,727.62

TOTAL CLAIMED
PRIORITY            35,860.62
SECURED             85,636.64
UNSECURED           92,781.42

Date: 06/30/2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com