**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ROBERT A. RAINERI<br>JENNIFER L RAINERI<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>    Movant<br>        vs.<br>No Repondents. | Case No.:18-23674 GLT<br><br><br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 09/17/2018 and confirmed on 01/11/2019. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 146,507.98 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 146,507.98 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 4,000.00 | |
|     Trustee Fee | 6,774.45 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,774.45 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|     US BANK TRUST NA - OWNER TRUSTEE F | 48,142.67 | 48,142.67 | 0.00 | 48,142.67 |
|         Acct: 4411 | | | | |
|     US BANK TRUST NA - OWNER TRUSTEE F | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 4411 | | | | |
|     COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 90M9 | | | | |
|     COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 90M9 | | | | |
|     LVNV FUNDING LLC | 13,011.27 | 10,700.80 | 1,512.23 | 12,213.03 |
|         Acct: 9196 | | | | |
|     FORD MOTOR CREDIT COMPANY LLC(*) | 24,482.70 | 23,256.80 | 1,131.23 | 24,388.03 |
|         Acct: 4532 | | | | |
| | | | | 84,743.73 |
| Priority | | | | |
|     JULIE FRAZEE STEIDL ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     ROBERT A. RAINERI | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |

| 18-23674 GLT | TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 4 |
|---|---|---|---|---|

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Priority | | | | |
| ROBERT A. RAINERI | 5.91 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 2,500.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 18,594.89 | 18,594.89 | 0.00 | 18,594.89 |
| Acct: 4325 | | | | |
| WEST ALLEGHENY SD & N FAYETTE TWP | 5,407.18 | 5,407.18 | 0.00 | 5,407.18 |
| Acct: 4325 | | | | |
| FORD MOTOR CREDIT COMPANY LLC(*) | 11,524.75 | 11,524.75 | 0.00 | 11,524.75 |
| Acct: 0910 | | | | |
| WESTLAKE SERVICES LLC(*) DBA WESTL | 0.00 | 7,947.98 | 0.00 | 7,947.98 |
| Acct: 3145 | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 5.91 | 5.91 | 0.00 | 5.91 |
| Acct: XXXXXXXXXXXXXXXXX3674 | | | | |
| RONDA J WINNECOUR PA ID #30399** | 333.80 | 333.80 | 0.00 | 333.80 |
| Acct: $/OE | | | | |
| | | | | 43,814.51 |
| Unsecured | | | | |
| ALLEGENT COMMUNITY FCU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7201 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 3,218.12 | 252.08 | 0.00 | 252.08 |
| Acct: 1129 | | | | |
| BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3482 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 1,788.73 | 140.11 | 0.00 | 140.11 |
| Acct: 4004 | | | | |
| MIDLAND FUNDING LLC | 916.42 | 71.78 | 0.00 | 71.78 |
| Acct: 0317 | | | | |
| MIDLAND FUNDING LLC | 855.19 | 66.99 | 0.00 | 66.99 |
| Acct: 0155 | | | | |
| MIDLAND FUNDING LLC | 723.34 | 56.66 | 0.00 | 56.66 |
| Acct: 3649 | | | | |
| MIDLAND FUNDING LLC | 678.23 | 53.13 | 0.00 | 53.13 |
| Acct: 0719 | | | | |
| CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9660 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 1,063.60 | 83.31 | 0.00 | 83.31 |
| Acct: 1605 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 1,650.70 | 129.30 | 0.00 | 129.30 |
| Acct: 8109 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 1,217.78 | 95.39 | 0.00 | 95.39 |
| Acct: 8190 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 1,010.63 | 79.16 | 0.00 | 79.16 |
| Acct: 1093 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 622.69 | 48.78 | 0.00 | 48.78 |
| Acct: 7813 | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0751 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 888.43 | 69.59 | 0.00 | 69.59 |
| Acct: 1279 | | | | |
| JORDAN TAX SERVICE INC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE NA** | 577.90 | 45.27 | 0.00 | 45.27 |
| Acct: 7814 | | | | |
| LENDING CLUB CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2352 | | | | |

| 18-23674 GLT | TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 3 of 4 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|   LENDING CLUB CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7863 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4265 | | | | |
|   MERRICK BANK | 1,236.45 | 96.85 | 0.00 | 96.85 |
|     Acct: 1515 | | | | |
|   ONE MAIN FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9992 | | | | |
|   ONE MAIN FINANCIAL GROUP LLC - A/S/F | 6,421.00 | 502.96 | 0.00 | 502.96 |
|     Acct: 3975 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 422.89 | 33.12 | 0.00 | 33.12 |
|     Acct: 9641 | | | | |
|   PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PNC BANK NA | 5,392.60 | 422.40 | 0.00 | 422.40 |
|     Acct: 9971 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA FU | 2,456.22 | 192.40 | 0.00 | 192.40 |
|     Acct: 7500 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA FU | 1,081.77 | 84.74 | 0.00 | 84.74 |
|     Acct: 8197 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA FU | 1,072.23 | 83.99 | 0.00 | 83.99 |
|     Acct: 9854 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA FU | 390.55 | 30.59 | 0.00 | 30.59 |
|     Acct: 0309 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA FU | 663.92 | 52.00 | 0.00 | 52.00 |
|     Acct: 2059 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA FU | 2,547.42 | 199.54 | 0.00 | 199.54 |
|     Acct: 9018 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA FU | 1,672.21 | 130.98 | 0.00 | 130.98 |
|     Acct: 3565 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA FU | 760.61 | 59.58 | 0.00 | 59.58 |
|     Acct: 8656 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA FU | 873.37 | 68.41 | 0.00 | 68.41 |
|     Acct: 6583 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA FU | 1,502.14 | 117.66 | 0.00 | 117.66 |
|     Acct: 5842 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA FU | 632.11 | 49.51 | 0.00 | 49.51 |
|     Acct: 1575 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA FU | 1,036.18 | 81.16 | 0.00 | 81.16 |
|     Acct: 6841 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA FU | 721.29 | 56.50 | 0.00 | 56.50 |
|     Acct: 2755 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA FU | 2,686.08 | 210.40 | 0.00 | 210.40 |
|     Acct: 9052 | | | | |
|   SYNCHRONY BANK | 3,035.02 | 237.73 | 0.00 | 237.73 |
|     Acct: 7054 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 1,095.28 | 85.79 | 0.00 | 85.79 |
|     Acct: 7778 | | | | |
|   UNITED STATES DEPARTMENT OF EDUC/ | 15,667.78 | 1,227.26 | 0.00 | 1,227.26 |
|     Acct: 1798 | | | | |
|   WEBBANK-FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1206 | | | | |
|   QUANTUM3 GROUP LLC AGNT - SADINO | 624.38 | 48.91 | 0.00 | 48.91 |
|     Acct: 5747 | | | | |
|   INTERNAL REVENUE SERVICE* | 17,545.32 | 1,374.32 | 0.00 | 1,374.32 |
|     Acct: 4325 | | | | |
|   WEST PENN POWER* | 438.36 | 34.34 | 0.00 | 34.34 |
|     Acct: 6339 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 1490 | | | | |
|   AMERICAN EXPRESS NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1009 | | | | |
|   VERIZON BY AMERICAN INFOSOURCE LP | 195.75 | 15.33 | 0.00 | 15.33 |
| Acct: 0001 | | | | |
|   VERIZON BY AMERICAN INFOSOURCE LP | 182.39 | 14.29 | 0.00 | 14.29 |
| Acct: 0001 | | | | |
|   FORD MOTOR CREDIT COMPANY LLC(*) | 6,038.29 | 472.98 | 0.00 | 472.98 |
| Acct: 0910 | | | | |
|   DEPARTMENT STORES NATIONAL BANK | 1,178.05 | 0.00 | 0.00 | 0.00 |
| Acct: 2717 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7054 | | | | |
|   MATTHEW C WALDT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   ROBERT RAINERI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   BASS & ASSOCIATES PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   MILSTEAD & ASSOCIATES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   ROBERTSON ANSCHUTZ SCHNEID CRAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 7,175.29 |

TOTAL PAID TO CREDITORS                                                                                             135,733.53

TOTAL CLAIMED
PRIORITY       35,866.53
SECURED        85,636.64
UNSECURED      92.781.42

Date: 11/08/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com